UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,
     *Plaintiff,*

v.

            CASE NO. 24-Cr-676 (VEC)

            **MOTION FOR ADMISSION**
            **PRO HAC VICE**

OREN ALEXANDER,
     *Defendant.*
............................/

   Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Richard C. Klugh hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Oren Alexander at the pretrial detention hearing scheduled for January 15, 2025.

   I am in good standing of the Bar of the State of Florida, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

*Dated: January 14, 2025.*

            Respectfully submitted,

Applicant Signature: _____
Applicant's Name: RICHARD C. KLUGH
Firm Name:    KLUGH WILSON, LLC
Address:     40 N.W. Third Avenue, PH1
City/State/Zip:  Miami, Florida 33128
Telephone    (305) 536-1191
E-mail:      klughlaw@gmail.com