USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/15/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
        *Plaintiff*,

v.

ALON ALEXANDER,
        *Defendant.*

CASE NO. 24-Cr-676 (VEC)

**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE**

Applicant has declared that he is a member in good standing of the bars of the states of Florida and California, and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | **HOWARD M. SREBNICK** |
| Firm Name: | **BLACK SREBNICK** |
| Address: | 201 South Biscayne Boulevard, Suite 1300 |
| City/State/Zip: | Miami, Florida 33131 |
| Telephone | (305) 371-6421 |
| E-mail: | HSrebnick@RoyBlack.com |

Applicant having requested admission Pro Hac Vice to appear for Alon Alexander at the pretrial detention hearing presently scheduled for January 15, 2025;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: January 15, 2025

_____
United States District Judge