```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,           :
         *Plaintiff*,                                  :
                                          :      CASE NO. 24-Cr-676 (VEC)
      v.                                              :
                                          :      **ORDER GRANTING**
                                          :      **MOTION FOR ADMISSION**
OREN ALEXANDER,                         :      **PRO HAC VICE**
         *Defendant*.                                :
................................../

Applicant has declared that he is a member in good standing of the Bar of the State of Florida, and that his contact information is as follows:

    Applicant's Name: **RICHARD C. KLUGH**
    Firm Name:              **KLUGH WILSON, LLC**
    Address:                    40 N.W. Third Avenue, PH1
    City/State/Zip:         Miami, Florida 33128
    Telephone                 (305) 536-1191
    E-mail:                       klughlaw@gmail.com

Applicant having requested admission Pro Hac Vice to appear for Oren Alexander at the pretrial detention hearing presently scheduled for January 15, 2025;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: January  15 , 2025

                                                                         */s/ Valerie Caproni*
                                                                          _____
                                                                          United States District Judge