UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| UNITED STATES OF AMERICA,          : | |
| *Plaintiff*,          : | |
| :          | CASE NO. 24-Cr-676-VEC |
| v.          : | |
| :          | **NOTICE OF FILING OF EXHIBITS** |
| :          | **AHEAD OF DETENTION HEARING** |
| OREN ALEXANDER,          : | |
| *Defendant.*          : | |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ./ | |

Undersigned counsel hereby gives notice of filing of the following exhibits ahead of the detention hearing:

(1) **Polygraph Examination Reports of James T. Orr, Conducted on January 13, 2025, on Oren and Alon Alexander**. *See United States v. Fox*, 602 F. Supp. 3d 434, 441 (WDNY 2022), *aff'd* No. 22-1043, 2022 WL 2564600 (2d Cir. July 8, 2022) (finding weight of evidence factor to be at best neutral, and that "resolution of this stalemate will have to await trial," where defendant "passed a polygraph in which he was asked several times whether he had ever had non-consensual sex with anyone and answered 'no'"; noting that "[a]lthough the government seems confident in its case, Fox seems equally confident about his potential explanations and defenses," and "much of the case will likely hinge on the credibility of the government's witnesses—an assessment the Court is unable to make at this juncture").

    Respectfully submitted,

    **KLUGH WILSON LLC**

    BY:  /s/ Richard C. Klugh
          Richard C. Klugh
          40 NW Third St. PH 1
          Miami, Florida 33128

2

Tel: 305-536-1191
Email: rickklu@aol.com