

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

**BY EMAIL & ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *United States v. Alon Alexander, Oren Alexander, and Tal Alexander,*
              24 Cr. 676 (VEC)

Dear Judge Caproni:

      The Government respectfully submits this letter in response to defense counsels' May 5, 2025 letter requesting a conference to discuss the status of a second superseding indictment.

      The Government believes that a status conference is unnecessary. This afternoon, a grand jury sitting in the Southern District of New York returned a second superseding indictment charging the defendants with additional violations of federal law. The Government will meet and confer with counsel later today and will discuss a mutually acceptable time to arraign the defendants on the superseding indictment.

                          Respectfully submitted,

                          JAY CLAYTON
                        United States Attorney

               By:   /s _____
                        Kaiya Arroyo
                        Elizabeth A. Espinosa
                        Andrew W. Jones
                        Assistant United States Attorneys
                        (212) 637-2226/-2216/-2249