


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/12/2025

250 Vesey Street
27th Floor
New York, NY 10281

wmhwlaw.com
T: 212-335-2030
F: 212-335-2040

May 9, 2025




**VIA ECF**

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re: *United States v. Alexander*, Docket No. 24-CR-00676 (VEC)**

Dear Judge Caproni:

On behalf of Tal Alexander, Oren Alexander, and Alon Alexander (the "Defendants"), we respectfully submit this request to withdraw our May 5, 2025 request for a conference regarding scheduling. S*ee* ECF No. 60. In addition, the Defendants and the Government jointly request an order entering the proposed modified schedule outlined below.

On May 8, 2025, after we submitted the above-mentioned request for a conference, the Government filed a second superseding indictment. ECF No. 63. This indictment adds six additional counts, including counts related to four additional alleged victims not named in the prior indictment. With the second superseding indictment now filed, we share in the Court's initial view and the Government's position that a conference is not necessary. Nonetheless, given the expansion of the charges, and defense pretrial motions due in less than two weeks, the Defendants and the Government request a modification of the current scheduling order (*see* ECF No. 53) as follows.

Pretrial Motions
- Defendants' pretrial motions due by June 16, 2025 (currently May 20, 2025)
- Government's response due by July 18, 2025 (currently June 20, 2025)
- Defendants' reply due by August 1, 2025 (currently June 27, 2025)

Expert Submissions
- Government's expert disclosure due by August 15, 2025 (currently June 13, 2025)
- Defendants' expert disclosure due by August 29, 2025 (currently June 27, 2025)
- Government's rebuttal expert disclosure due by September 5, 2025 (currently July 3, 2025)
- Parties to notify the Court of any *Daubert* motions by September 20, 2025 (currently July 18, 2025)

Motions *in Limine* and Requests to Charge
- Parties' motions *in limine* and requests to charge due by October 3, 2025 (currently September 5, 2025)
- Responses to motions *in limine* due by October 27, 2025 (currently September 19, 2025)

Finally, we have conferred with the Government regarding scheduling an arraignment on the recent indictment. The defense requests the afternoon of June 10, 2025, if amenable to the Court, as counsel for Alon and Oren Alexander, who are based in Florida, will be in New York for an argument that morning in the Second Circuit on the bail appeal in this matter. The Government is also available on that date. Thank you for your consideration.

Respectfully submitted,

*/s/ Milton L. Williams*
Milton L. Williams
Deanna M. Paul
Alexander Kahn
*Attorneys for Defendant Tal Alexander*

*/s/ Howard Srebnick*
Howard Srebnick
Jason Goldman
*Attorneys for Defendant Alon Alexander*

*/s/ Richard Klugh*
Richard Klugh
*Attorney for Defendant Oren Alexander*

cc: All counsel via ECF

Application GRANTED in part. The Court is unavailable on June 10, 2025, for Defendants' arraignment on the Superseding Indictment. The parties are directed to confer and submit a letter indicating whether Defendants consent to arraignment before a Magistrate Judge on that date, or the parties' mutual availability the week of June 16, 2025, for an arraignment before the Undersigned.

Defendants' deadline to file pretrial motions is ADJOURNED from Tuesday, May 20, 2025, to **Monday, June 16, 2025**. The deadline for the Government to respond to the pretrial motions is ADJOURNED from Friday, June 20, 2025, to **Friday, July 18, 2025**. Defendants' deadline to file reply papers is ADJOURNED from Friday, June 27, 2025, to **Friday, August 1, 2025**. The hearing on the pretrial motions, if necessary, is ADJOURNED from Tuesday, July 15, 2025, at 10:00 A.M. to **Tuesday, August 19, 2025, at 2:00 P.M.**

The Government's deadline to submit expert disclosures is ADJOURNED from Friday, June 13, 2025, to **Friday, August 15, 2025**. Defendants' deadline to submit expert disclosures is ADJOURNED from Friday, June 27, 2025, to **Friday, August 29, 2025**. The Government's deadline to submit rebuttal expert disclosures is ADJOURNED from Thursday, July 3, 2025, to **Friday, September 5, 2025**. The deadline for the parties to notify the Court of any *Daubert* motions is ADJOURNED from Friday, July 18, 2025, to **Saturday, September 20, 2025**.

The parties' deadline to file motions *in limine* and requests to charge is ADJOURNED from Friday, September 5, 2025, to **Friday, October 3, 2025**. The parties' deadline to respond to the motions *in limine* is ADJOURNED from Friday, September 19, 2025, to **Monday, October 27, 2025**.

The parties' deadline to inform the Court whether they agree that a jury questionnaire would be helpful in trying this case is ADJOURNED from Friday, September 19, 2025, to **Monday, October 27, 2025**. If the parties do not agree that jury questionnaire would be helpful, their deadline to submit proposed *voir dire* questions is ADJOURNED from Friday, September 19, 2025, to **Monday October 27, 2025**.

The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 60.

SO ORDERED.

Valerie Caproni 5/12/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE