UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE No. 24-CR-00676 (VEC)

UNITED STATES OF AMERICA,

vs.

ALON ALEXANDER, et al.
_____/

### JOINT MOTION OF ALON, OREN AND TAL ALEXANDER TO EXCUSE THEIR PERSONAL APPEARANCE AT THE ARRAIGNMENT ON THE SECOND SUPERSEDING INDICTMENT

On June 10, 2025, Alon, Oren and Tal Alexander are scheduled to be arraigned on the Second Superseding Indictment, which they have read and discussed with counsel. The Alexanders would rather avoid being custodially transported to Court for this arraignment, consistent with Rule 10, Federal Rules of Criminal Procedure, which provides:

> (b) WAIVING APPEARANCE. A defendant need not be present for the arraignment if:
>
> (1) the defendant has been charged by indictment or misdemeanor information;
>
> (2) the defendant, in a written waiver signed by both the defendant and defense counsel, has waived appearance and has affirmed that the defendant received a copy of the indictment or information and that the plea is not guilty; and
>
> (3) the court accepts the waiver.

FED. R. CRIM. P. 10(b).



www.royblack.com | 201 S. Biscayne Boulevard Suite 1300 Miami, FL 33131 | *p* 305.371.6421

The Alexanders previously appeared in Court for the arraignment on the First Superseding Indictment. They have executed waivers (attached), consistent with Rule 10(b), waiving their personal appearance for the June 10 arraignment, which each of their counsel will attend on their behalf.

Counsel for Oren and Tal Alexander have authorized undersigned to represent that they join in this motion.

Government counsel has informed undersigned that, in other cases, "defendants in SDNY waive their personal appearance for arraignments and have counsel appear alone," but the government objects in the case of the Alexander brothers.

Wherefore, the Alexanders move the Court to accept their waivers and excuse their personal appearance at the June 10 arraignment.

Respectfully submitted,

**BLACK SREBNICK**
201 South Biscayne Boulevard
Suite 1300
Miami, FL 33131
(305) 371-6421

/s/ *Howard Srebnick*
**HOWARD SREBNICK**
Fla. Bar No. 919063
HSrebnick@RoyBlack.com
*Counsel for Alon Alexander*