UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    v.                                                      24-00676-VEC

ALON ALEXANDER,
OREN ALEXANDER, and
TAL ALEXANDER,

    Defendants.

_____/

## NOTICE OF MOTION TO COMPEL PRODUCTION OF EVIDENCE

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, defendants, by and through counsel, will move this Court at the United States Courthouse, 500 Pearl Street, New York, N.Y., 10007 at a date and time to be determined by the Court, for an Order compelling the government to produce evidence pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny.

                                                                       Respectfully submitted,

                                                                       KLUGH WILSON LLC
                                                                       40 NW Third St., PH 1
                                                                       Miami, Florida 33128
                                                                        Tel: 305-536-1191

                          BY:    <u>/s/ Richard C. Klugh</u>
                                                                        Richard C. Klugh
                                                                        Fla. Bar No. 305294
                                                                        E-mail: rklugh@klughlaw.com
                                                                        *Counsel for Oren Alexander*