UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    v.                                                  24-00676-VEC

ALON ALEXANDER,
OREN ALEXANDER, and
TAL ALEXANDER,

    Defendants.

_____/

## NOTICE OF MOTION FOR BILL OF PARTICULARS

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, defendants, by and through counsel, move this Court for an order requiring the government to produce a bill of particulars pursuant to Fed. R. Crim. P. 7(f).

                                          Respectfully submitted,

                                          KLUGH WILSON LLC
                                          40 NW Third St., PH 1
                                          Miami, Florida 33128
                                          Tel: 305-536-1191

                                          BY: /s/ Richard C. Klugh
                                          Richard C. Klugh
                                          Fla. Bar No. 305294
                                          E-mail: rklugh@klughlaw.com
                                          *Counsel for Oren Alexander*