UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           v.<br><br>TAL ALEXANDER,<br><br>                     Defendant. | Case No.: 24-CR-676 (VEC) |

**NOTICE OF MOTION TO DISMISS THE INDICTMENT**

PLEASE TAKE NOTICE THAT, upon the Declaration of Milton L. Williams, dated June 9, 2025, the exhibits attached thereto, and the accompanying Memorandum of Law, Defendant Tal Alexander, by and through his undersigned attorneys, will move this Court at the United States Courthouse, 500 Pearl Street, New York, N.Y., 10007, at a date and time to be determined by the Court, for an Order dismissing the Superseding Indictment.

Date:  June 9, 2025

**WALDEN MACHT HARAN & WILLIAMS LLP**

/s/ *Milton L. Williams*
Milton L. Williams
Deanna M. Paul
Alexander Kahn
250 Vesey Street, 27th Floor
New York, NY 10281
Tel: (212) 335-2030
mwilliams@wmwhlaw.com
dpaul@wmhwlaw.com
akahn@wmhwlaw.com

*Attorneys for Defendant Tal Alexander*