UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

TAL ALEXANDER,

　　　　　　Defendant.

Case No.: 24-CR-676 (VEC)

## NOTICE OF MOTION TO SUPPRESS EVIDENCE OBTAINED FROM SEARCH WARRANTS AND IDENTIFICATION EVIDENCE, AND IN THE ALTERNATIVE, FOR A HEARING

PLEASE TAKE NOTICE THAT, upon the Declaration of Milton L. Williams, dated June 9, 2025, the exhibits attached thereto, and the accompanying Memorandum of Law, Defendant Tal Alexander, by and through his undersigned attorneys, will move this Court at the United States Courthouse, 500 Pearl Street, New York, N.Y., 10007 at a date and time to be determined by the Court, for an Order suppressing the fruits and evidence obtained from search warrants, suppressing in-court identifications, and, in the alternative, granting a hearing.

Date: June 9, 2025

**WALDEN MACHT HARAN & WILLIAMS LLP**

/s/ *Milton L. Williams*
Milton L. Williams
Deanna M. Paul
Alexander Kahn
250 Vesey Street, 27th Floor
New York, NY 10281
Tel: (212) 335-2030
mwilliams@wmwhlaw.com
dpaul@wmhwlaw.com
akahn@wmhwlaw.com

*Attorneys for Defendant Tal Alexander*