UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    v.                                                          24-000676-VEC

ALON ALEXANDER,
OREN ALEXANDER, and
TAL ALEXANDER,

    Defendants.

_____/

## NOTICE OF MOTION FOR EVIDENTIARY HEARING
## BASED ON VIOLATION OF THE ATTORNEY-CLIENT PRIVILEGE

    PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, defendant Alon Alexander, by and through counsel, will move this Court at the United States Courthouse, 500 Pearl Street, New York, N.Y., 10007 at a date and time to be determined by the Court, for an Order granting his request for an evidentiary hearing based on violation of the attorney-client privilege.

                                    Respectfully submitted,

                                    BLACK SREBNICK
                                    201 South Biscayne Boulevard, Suite 1300
                                    Miami, Florida 33131
                                    (305) 371-6421

                                    /s/ Howard Srebnick
                                    HOWARD SREBNICK
                                    Florida Bar No. 919063
                                    HSrebnick@RoyBlack.com
                                    *Counsel for Alon Alexander*