UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    v.                                                  24-000676-VEC

ALON ALEXANDER,
OREN ALEXANDER, and
TAL ALEXANDER,

    Defendants.

_____/

## NOTICE OF MOTION TO DISMISS COUNT 5

    PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, defendant Alon Alexander, by and through counsel, will move this Court at the United States Courthouse, 500 Pearl Street, New York, N.Y., 10007 at a date and time to be determined by the Court, for an Order Dismissing Count 5 of the Indictment.

                              Respectfully submitted,

                              BLACK SREBNICK
                              201 South Biscayne Boulevard, Suite 1300
                              Miami, Florida 33131
                              (305) 371-6421

                              /s/ Howard Srebnick
                              HOWARD SREBNICK
                              Florida Bar No. 919063
                              HSrebnick@RoyBlack.com
                              *Counsel for Alon Alexander*