UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    v.                                                     24-000676-VEC

ALON ALEXANDER,
OREN ALEXANDER, and
TAL ALEXANDER,

    Defendants.

_____/

## NOTICE OF MOTION TO SUPPRESS iCLOUD WARRANTS

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, defendants Oren Alexander and Alon Alexander, by and through counsel, will move this Court at the United States Courthouse, 500 Pearl Street, New York, N.Y., 10007 at a date and time to be determined by the Court, for an Order suppressing fruits of the illegal searches and seizures pursuant to iCloud warrants.

                                                                    Respectfully submitted,

| | |
|---|---|
| BLACK SREBNICK | KLUGH WILSON LLC |
| 201 South Biscayne Boulevard, Suite 1300 | 40 NW Third St., PH 1 |
| Miami, Florida 33131 | Miami, Florida 33128 |
| (305) 371-6421 | (305) 536-1191 |
| | |
| HOWARD SREBNICK | /s/ Richard C. Klugh |
| Florida Bar No. 919063 | RICHARD C. KLUGH |
| HSrebnick@RoyBlack.com | Fla. Bar No. 305294 |
| *Counsel for Alon Alexander* | E-mail: rklugh@klughlaw.com |
| | *Counsel for Oren Alexander* |