UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA

            -v-                                NOTICE OF APPEARANCE

ALON ALEXANDER,                          24 Cr. 676 (VEC)
OREN ALEXANDER, and
AND TAL ALEXANDER,
                Defendants.
--------------------------------------------------------X

TO: CLERK OF COURT

PLEASE TAKE NOTICE that Marc Agnifilo, Esq., of Agnifilo Intrater LLP, 445 Park Avenue, 7th Floor, New York, NY 10022 is appearing for the Defendant Oren Alexander in the above-captioned matter.

Dated: August 21, 2025
New York, NY

_____
Marc Agnifilo, Esq.
Agnifilo Intrater LLP
445 Park Avenue, 7th Floor
New York, NY 10022
Tel: (646) 205-4352
marc@agilawgroup.com