

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 5, 2025

**BY ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Alon Alexander, Oren Alexander, and Tal Alexander,*
               S3 24 Cr. 676 (VEC)

Dear Judge Caproni:

      The parties respectfully submit this joint letter to propose a schedule for certain pre-trial notices and disclosures and in response to the Court's order that the parties "propose deadlines for defense expert and rebuttal expert disclosures that accounts for Defendants' need to review any remaining Rule 16 discovery." Dkt. 159.

      As to the expert disclosure deadlines, the parties jointly propose that the defense makes its expert disclosure by October 10, 2025, and the Government notice rebuttal experts by October 24, 2025. If, based on materials that are later produced as part of the Government's continued investigation, the defense supplements its expert disclosure, the Government agrees it will not object to the supplemental notice as untimely.[1]

      With the adjustment of the expert disclosure deadlines, and to permit the parties to make more complete pre-trial filings, the parties jointly propose to modify the current schedule for submitting motions *in limine*, requests to charge, and proposed voir dire questions. We propose the following:

- November 3, 2025: Motions *in limine*
- November 17, 2025: Oppositions to motions *in limine*
- November 24, 2025: Requests to charge and proposed voir dire questions

---

[1] The defense reserves its right to seek to adjourn this deadline again based on the volume of discovery.

The parties have also agreed to the timing of disclosure of prior statements of witnesses, pursuant to 18 U.S.C. § 3500 and Federal Rule of Criminal Procedure 26.2, and to disclosure of witness lists and exhibits.

- October 27, 2025: Government disclosure of § 3500 material (Attorney's Eyes Only)
- December 8, 2025: Government disclosure of witness list and exhibits, and redesignation of § 3500 material to Attorney's Possession Only
- December 22, 2025: Defense disclosure of witness list and exhibits (to include exhibits the defense may seek to introduce during the Government's case-in-chief for purposes other than impeachment)
- Two weeks after Rule 413 notice: Disclosure pursuant to Federal Rule of Evidence 412
- Three days before the Government rests its case-in-chief: Defense disclosure of Rule 26.2 material

There are certain disclosure dates on which the parties disagree, and we request that the Court order a schedule for these disclosures. The parties' respective positions are below:

- Disclosure pursuant to Federal Rules of Evidence 404(b) and 413
    - Government: November 3, 2025, with motions *in limine*[2]
    - Defense: October 3, 2025[3]
- Identification of victims of conspiracy and substantive charges[4]
    - Government: October 27, 2025, with production of § 3500 material
    - Defense: Immediately

---

[2] The Government's position is that providing 404(b) and 413 notice approximately two months before trial is reasonable. *See United States v. Combs*, 24 Cr. 542 (AS) (S.D.N.Y.), ECF 125 (requiring such notice approximately two months before trial). Under this proposed deadline of November 3, 2025, the Government intends to provide this notice through a motion *in limine* seeking to introduce evidence under Rules 404(b) and 413, to which the defense can respond on the motions schedule, which will promote efficiency.

[3] The defense's position is that the Government provide 404(b) and 413 notice by this date to allow reasonable notice to Defendants, and to allow proper time to litigate any potential issues in light of agreed upon *in limine* schedule and the autumn and winter holidays that fall directly before the trial. *See, e.g.*, *United States v. Raniere*, 18 Cr. 204 (NGG) (E.D.N.Y.), ECF 232 (setting comparable schedule).

[4] The parties have briefed their respective views on this issue during litigation on the defendants' pending motion for a bill of particulars.

The parties thank the Court for its consideration of these issues.

                Respectfully submitted,

                JAY CLAYTON
                United States Attorney

By:   /s                         
                Kaiya Arroyo
                Elizabeth A. Espinosa
                Andrew Jones
                Madison Reddick Smyser
                Assistant United States Attorneys
                (212) 637-2226/-2216/-2249/-2381

cc: All defense counsel