# AGNIFILO INTRATER

November 5, 2025

**VIA ECF**
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20C
New York, New York 10007

  Re: *United States v. Alexander*, Docket No. 24-CR-00676 (VEC)

Dear Judge Caproni:

  On behalf of Tal, Alon, and Oren Alexander (together, the "Defendants"), we respectfully request that the Defendants' motions *in limine* and declaration be filed with redactions and exhibits 2 through 9 be filed under seal. The filed documents contain information that may identify alleged victims and government witnesses, infringes on their privacy interests, and describes juvenile conduct.

  As the Court found previously with respect to the Defendants' motions to suppress (*see, e.g.*, ECF 116), the filed materials are "judicial documents" to which the common law right of public access attaches; the weight of that presumption is moderate; and the interests in protecting the privacy of alleged victims and witnesses outweigh that presumption. *See United States v. Akhavan*, 532 F. Supp. 3d 181, 184 (S.D.N.Y. 2021) (quoting *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006)). The same analysis applies here and warrants redactions and sealing.

  We will also submit highlighted proposed redactions for in camera review, as required by Your Honor's Individual Criminal Rule 3(A)(1).

          Respectfully submitted,

          */s/*
          Marc Agnifilo
          Zach Intrater
          Teny Geragos
          *Attorneys for Defendant Oren Alexander*

          */s/*
          Milton L. Williams
          Deanna M. Paul
          Alexander Kahn
          *Attorneys for Defendant Tal Alexander*

          */s/*
          Howard Srebnick
          Jackie Perczek
          Jason Goldman
          *Attorneys for Defendant Alon Alexander*

cc: All counsel via ECF