# AGNIFILO
# INTRATER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___11/7/2025___

November 5, 2025

**VIA ECF**
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20C
New York, New York 10007



MEMO ENDORSED

>    Re:    *United States v. Alexander*, Docket No. 24-CR-00676 (VEC)

Dear Judge Caproni:

        On behalf of Tal, Alon, and Oren Alexander (together, the "Defendants"), we respectfully request that the Defendants' motions *in limine* and declaration be filed with redactions and exhibits 2 through 9 be filed under seal.  The filed documents contain information that may identify alleged victims and government witnesses, infringes on their privacy interests, and describes juvenile conduct.

        As the Court found previously with respect to the Defendants' motions to suppress (*see, e.g.,* ECF 116), the filed materials are "judicial documents" to which the common law right of public access attaches; the weight of that presumption is moderate; and the interests in protecting the privacy of alleged victims and witnesses outweigh that presumption.  *See United States v. Akhavan*, 532 F. Supp. 3d 181, 184 (S.D.N.Y. 2021) (quoting *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006)).  The same analysis applies here and warrants redactions and sealing.

        We will also submit highlighted proposed redactions for in camera review, as required by Your Honor's Individual Criminal Rule 3(A)(1).

>                    Respectfully submitted,
>
>                    /s/
>                    Marc Agnifilo
>                    Zach Intrater
>                    Teny Geragos
>                    *Attorneys for Defendant Oren Alexander*
>
>                    /s/
>                    Milton L. Williams
>                    Deanna M. Paul
>                    Alexander Kahn
>                    *Attorneys for Defendant Tal Alexander*
>
>                    /s/
>                    Howard Srebnick
>                    Jackie Perczek
>                    Jason Goldman
>                    *Attorneys for Defendant Alon Alexander*

cc:    All counsel via ECF

140 BROADWAY, STE 2450 | NEW YORK, NY 10005 | WWW.AGILAWGROUP.COM

Application GRANTED.  The materials to be filed in redacted form or under seal are "judicial documents" to which the common law right of public access attaches.  *United States v. Akhavan*, 532 F. Supp. 3d 181, 184 (S.D.N.Y. 2021) (quoting *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006)).  The weight of that presumption is moderate, and the interests in protecting the privacy of alleged victims and witnesses and maintaining the confidentiality of ongoing investigations, as well as the sensitive nature of certain juvenile conduct, outweigh the presumption here.

The redactions proposed by Defendants to their motions *in limine* and accompanying declaration are appropriate, and the documents submitted at Dkts. 174 and 176 are the operative public versions. Exhibits 2 (Dkt. 174-2), 3 (Dkt. 174-3), 4 (Dkt. 174-4), 5 (Dkt. 174-5), 6 (Dkt. 174-6), 7 (Dkt. 174-7), 8 (Dkt. 174-8), and 9 (Dkt. 174-9) to Defendants' motion *in limine* will remain under seal.

SO ORDERED.

11/7/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE