# EXHIBIT A

<u>**EXPERT'S DISCLOSURE**</u>

**Deryn Strange, Ph.D.**

Further to her Disclosure dated October 9, Dr Strange was asked by Deanna Paul of Walden Macht Haran & Williams LLP, to review additional case materials and supplement her disclosure as needed.

The additional material was:
- 2009.12.12 – blog post: What became of Oren Alexander and Alon Alexander
- Jencks Act Material
    - 3501
    - 3502
    - 3503
    - 3504
    - 3507
    - 3508
    - 3514
    - 3517
    - 3519
    - 3520
    - 3522
    - 3527
    - 3528
    - 3531
    - 3537
    - 3541
    - 3542
    - 3544
    - 3548
    - 3551
    - 3552
    - 3554
    - 3557
    - 3564
    - 3575

Based on this material, Dr Strange noted an additional potential source of suggestive influence: **Therapy and a Therapist's Beliefs.** Although it is unclear what kind of therapy some of the witnesses engaged in, we know the following can be particularly problematic for memory.

**Therapist's Beliefs.** A therapist's beliefs will have a significant effect on what their clients come to believe about themselves. There is a rich literature on this point but to illustrate one effect, presenting a person with false information about him/herself—for example, that he or she experienced a certain event—can increase that person's confidence that they had experienced the event. In turn, false feedback information may lead a person to develop a false belief or memory

1

that they experienced an event that never happened (Berkowitz, Laney, Morris, Garry & Loftus, 2008).

**Internal Family Systems (IFS) Therapy.** IFS was developed in the 1990s by family therapist Richard Schwartz, Ph.D. The basic idea is you have an "undamaged core self that is the essence of who you are." However, he identified three different types of sub-personalities or families that "reside within each person, in addition to the self. Each part has its own perspective, interests, memories, and viewpoint. IFS therapy aims to heal wounded parts and restore mental balance." The first step is to access the core self and then, from there, understand the different parts to heal them.

There are three general types of parts:

1. *Exiles* represent psychological trauma, often from childhood, and they carry the pain and fear. Exiles may become isolated from the other parts and polarize the system. Managers and Firefighters try to protect a person's consciousness by preventing the Exiles' pain from coming to awareness.
2. *Managers* take on a preemptive, protective role. They influence the way a person interacts with the external world, protecting the person from harm and preventing painful or traumatic experiences from flooding the person's conscious awareness.
3. *Firefighters* emerge when Exiles break out and demand attention. They work to divert attention away from the Exile's hurt and shame, which leads to impulsive and/or inappropriate behaviors like overeating, drug use or violence. They can also distract a person from pain by excessively focusing attention on more subtle activities such as overworking or over-medicating.

Here then, IFS takes its roots in repression therapy and provides faulty psychoeducation regarding how memory works.

**EMDR and BLS** Despite what appears to be effective treatment outcomes when conducted with a trained therapist, even the American Psychological Association only "conditionally recommends" EMDR therapy. To quote them on what that means, "Interventions that received a conditional recommendation all have evidence that indicates that they can lead to good treatment outcomes; however, the evidence may not be as strong, or the balance of treatment benefits and possible harms may be less favorable, or the intervention may be less applicable across treatment settings or subgroups of individuals with PTSD. Additional research may lead to a change in the strength of recommendations in future guidelines." (https://www.apa.org/ptsd-guideline/treatments).

Researchers have serious concerns with EMDR and BLS. For example, Houben, Otgaar, Roelofs, & Merckelbach (2018) demonstrated that eye movements may amplify false memory creation. They note that the literature on clinical trials of psychological interventions is not known for its meticulous consideration of potential harmful effects (Jonsson, Alaie, Parling, & Arnberg, 2014). Hence, they stress that false memory creation should be monitored during interventions based on eye movements.

Most compellingly, international courts have ruled that EMDR was responsible for the creation of false memories (Otgaar, et al. 2022). An additional concern is that the state EMDR and BLS induce a similar state to hypnosis.

2

**Group Therapy.** Group therapy exposes an individual to other people's detailed accounts of abuse and trauma. As I have noted, people often incorporate elements of other people's memory reports into their own memory for an event, after discussing that event with others (French et al., 2008; Gabbert et al., 2003), and this is particularly likely to occur when people are vulnerable (Scoboria et al., 2017; Otgaar et al., 2017). These support groups typically provide a great deal of psychoeducation around trauma and the body's response (which may or may not be an accurate reflection of the known science). They can also act as a pressure-cooker environment to produce false memories. Indeed, empirical research shows the power of the group to help create false memories. Herndon et al. (2014) told participants that a procedure, known as a VCUG—which involves the insertion of a urinary catheter for the purpose of injecting a dye into the bladder and subsequently using an X ray to discover a disorder known as vesicoureteral reflux, VUR—is often painful and traumatic to young children but that if they tried they could likely recall the event. The participants were then exposed to a group memory recovery session, where three other people (confederates) recalled the false VCUG procedure. Ultimately, 41% of participants exposed to other's memories, developed a false memory of an invasive genital touch.

**Guided imagery/visualization and Journaling/Writing.** Imagination is critical to the development of false and distorted memories (Scoboria, Wade, Lindsay, Azad, Strange, Ost, & Hyman, 2017; Sharman & Scoboria, 2008). Research shows that imagining a false event can increase a person's confidence that they actually experienced that event (Sharman & Scoboria, 2008). Thus, if someone is asked to imagine events or does so of their own accord (regardless of whether the events were true), it is possible that they may become more confident that these events had actually happened (Herndon et al., 2014). It is important to note that imagination exercises are a critical part of many therapies, including **Prolonged Exposure Therapy** ([https://www.apa.org/ptsd-guideline/treatments/prolonged-exposure](https://www.apa.org/ptsd-guideline/treatments/prolonged-exposure)). Indeed, therapists may even take an active role by explicitly suggesting or instructing clients to imagine various aspects of a particular experience, ostensibly to help the client process the experience (Greenberg, Watson, & Lietaer, 1998; Heaps & Nash, 2001). These guided imagery exercises are particularly problematic because repeated imaginings of an event tend to erode an individual's capacity to distinguish between real occurrences and imagined ones which increases the risk of source monitoring errors and thus false memories (Goff & Roediger, 1998; Herndon et al., 2014; Hyman & Pentland, 1996; Johnson & Raye, 1981; Lindsay, Hagen, Read, Wade, & Garry, 2004).

Autobiographical writing—such as writing essays, letters, emails or affidavits detailing abuse allegations—can function as an act of imagination, building a coherent narrative. For example, research has demonstrated that writing about how a false childhood event might have happened can increase a person's confidence that they actually experienced that event (Horslenberg et al., 2000; Sharman, Garry & Beuke, 2004). Indeed, Horslenberg et al., found *greater* increases in confidence when people wrote about their belief. Moreover, research shows that writing down a belief and sharing that writing with others can enhance commitment to the belief (Cialdini, 1984; Spanos, 1996). Hence, autobiographical writing has the potential to be risky, at least to memorial accuracy, particularly when a person writes in a manner that does not involve evaluating the accuracy of the content, and when the content is shared with others.

**Dreams and Nightmares.** It is worth noting that people who claim to have experienced traumatic events report that their nightmares are exact replicas of their traumatic experience. Indeed, Bessel van der Kolk and his colleagues (1984) popularized this belief. However, the claim was based on

faulty logic (the patient's statements of equivalence are affected by self-report biases) and methodological errors (e.g., a failure to collect transcripts of the dreams, again relying on self-report errors, see Brenneis, 1994) and thus their claim has been repeatedly criticized in the literature. As the research methodologies improved, it became clear there was little, if any, support for the claim (McNally, 2003). Indeed, the idea that dreams are a literal replication would require accepting that memory operates like a video-recorder, a myth that memory research effectively dispelled more than a century ago (Ebbinghaus, 1913/1885).

Dreams and nightmares are nonetheless problematic for memory. Reality monitoring, an example of source monitoring, is people's ability to discriminate memories based on actual events from memories that arise from internally generated material (such as imagined experiences, delusions or dreams). As mentioned above, content relating to an actual experience as an adult is typically richer in sensory, perceptual and contextual detail, while material that has been imagined may retain markers of effortful cognitive operations (Johnson & Raye, 1981; Mitchell & Johnson, 2000). However, because memories of dreams are often perceptually vivid, and typically do not include information about cognitive operations, it may be especially difficult to discriminate content generated in dreams, from real experience (Johnson, Kahan & Raye, 1984). In some cases, other cues, such as whether the experience is possible or plausible, may help people to determine whether an event really occurred (Scoboria, Mazzoni, Kirsch & Relyea, 2004). However, research shows that both adults and children can develop false beliefs and memories for events that are implausible or impossible (Braun, Ellis & Loftus, 2002; Mazzoni & Memon, 2003; Strange, Sutherland & Garry, 2006). Further research suggests that in some cases, content from dreams may be confused with actual experiences (e.g., Mazzoni & Loftus, 1996). Indeed, both healthy adults (Rassin Merckelbach & Spaan, 2001) and patients suffering from the sleep disorder narcolepsy (Wamsley, Donjacour, Scammell, Lammers & Stickgold, 2014) have reported having realistic dreams that they initially believed to be real experiences. Moreover, some people have memories for events that they are still not able to definitively classify as a real event or a dream (Kemp, Burt & Sheen, 2003; Rassin et al., 2001).

Submitted,

Deryn Strange, Ph.D.
Professor of Psychology
John Jay College of Criminal Justice

Date: November 6, 2025

4

# REFERENCES

Berkowitz, S. R., Laney, C., Morris, E. K., Garry, M., & Loftus, E. F. (2008). Pluto behaving badly: False beliefs and their consequences. *The American Journal of Psychology, 121*(4), 643–660. https://doi.org/10.2307/20445490

Braun, K. A., Ellis, R., & Loftus, E. F. (2002). Make my memory: How advertising can change our memories of the past. *Psychology & Marketing, 19*(1), 1-23.

Brenneis, C. B. (1994). Can early childhood trauma be reconstructed from dreams? On the relation of dreams to trauma. *Psychoanalytic Psychology, 11*(4), 429–447. https://doi.org/10.1037/h0079581Cialdini, R. B. (1984). *Influence.* William Morrow and Company.

Cialdini, 1984;

Ebbinghaus, H. (1885/1913) *Memory: A contribution to experimental psychology.* Teachers College/Columbia Univ. (Engl. ed.)

French, L., Garry, M., & Mori, K. (2008). You say tomato? Collaborative remembering leads to more false memories for intimate couples than for strangers. *Memory, 16*(3), 262-273. https://doi.org/10.1080/09658210701801491

Gabbert, F., Memon, A., & Allan, K. (2003). Memory conformity: Can eyewitnesses influence each other's memories for an event? *Applied Cognitive Psychology, 17*, 533–543.

Goff, L. M., & Roediger, H. L., 3rd (1998). Imagination inflation for action events: repeated imaginings lead to illusory recollections. *Memory & cognition, 26*(1), 20–33. https://doi.org/10.3758/bf03211367

Greenberg, L. S., Watson, J. C., & Lietaer, G. (Eds.). (1998). *Handbook of experiential psychotherapy.* The Guilford Press.

Heaps, C. & Nash, M. (2001). Comparing recollective experience in true and false autobiographical memories. Journal of Experimental psychology: learning, memory and cognitions, 27, 920-930.

Herndon, P., Myers, B., Mitchell, K., Kehn, A., & Henry, S. (2014). False memories for highly aversive early childhood events: Effects of guided imagery and group influence. *Psychology of Consciousness: Theory, Research, and Practice, 1*(1), 20–31. https://doi.org/10.1037/cns0000011

Horslenberg et al., 2000). Imagining fictitious childhood events: the role of individual differences in imagination inflation. Memory, 4, 247-258

Houben, S.T.L., Otgaar, H., Roelofs, J., & Merckelbach, H. (2018). Lateral eye movements increase false memory rates. *Clinical Psychological Science, 6*(4), 610-616. https://doi.org/10.1177/2167702618757658

Hyman, I. E., Jr., & Pentland, J. (1996). The role of mental imagery in the creation of false childhood memories. *Journal of Memory and Language, 35*(2), 101–117. https://doi.org/10.1006/jmla.1996.0006

Johnson, M. K., & Raye, C. L. (1981). Reality monitoring. *Psychological Review, 88*(1), 67–85. https://doi.org/10.1037/0033-295X.88.1.67

Johnson, M. K., Kahan, T. L., & Raye, C. L. (1984). Dreams and reality monitoring. *Journal of Experimental Psychology: General, 113*(3), 329–344. https://doi.org/10.1037/0096-3445.113.3.329

Jonsson, U., Alaie, I., Parling, T. & Arnberg, (2014). Reporting of harms in randomized controlled trials of psychological interventions for mental and behavioral disorders: a review of current practice. *Contemporary Clinical Trials, 38*, 1 – 8. https://doi.org/ 10.1016/j.cct.2014.02.005

5

Kemp, S., Burt, C.D.B., & Sheen, M. (2003). Remembering dreamt and actual experiences. *Appl. Cognit. Psychol., 17,* 577-591. https://doi.org/10.1002/acp.890

Lindsay, D.S., Hagen, L., Read, J.D., Wade, K.A., Garry, M. (2004). True Photographs and false memories. *Psychological Science, 15,* 149-154.

MAZZONI, G. A. L., & LOFTUS, E. F. (1996). When dreams become reality. *Consciousness & Cognition, 5,* 442-462.

Mazzoni, G., & Memon, A. (2003). Imagination can create false autobiographical memories. *Psychological Science, 14*(2), 186-188. https://doi.org/10.1046/j.1432-1327.1999.00020.x

McNally, R. J. (2005). *Remembering trauma.* Harvard University Press.

Mitchell, K.J., & Johnson, M.K. (2000). Source monitoring: Attributing mental experiences. In E. Tulving & F.I.M. Craik (Eds.), *The Oxford handbook of memory* (pp. 179-195). Oxford University Press.

Otgaar, H., Curci, A., Mangiulli, I., Battista, F., Rizzotti, E., Sartori, G., et al. (2022). A court ruled case on therapy-induced false memories. *J. Foren. Sci.* 67, 2122–2129. doi: 10.1111/1556-4029.15073

Otgaar, H., Muris, P., Howe, M.L., & Merckelbach, H. (2017). What drives false memories in psychopathology? A case for associative activation. Clin Psychol Sci., *5*(6), 1048-1069. https://doi.org/10.1177/2167702617724424

Rassin, E., Diepstraten, P., Merckelbach, H., & Muris, P. (2001). Thought-action fusion and thought suppression in obsessive-compulsive disorder. *Behaviour Research and Therapy, 39*(7), 757-764.

Rassin, E., Merckelbach, H., Muris, P., & Schmidt, H. (2001). The thought-action fusion scale: Further evidence for its reliability and validity. *Behaviour Research and Therapy, 39*(5), 537-544.

Scoboria, A., Mazzoni, G., Kirsch, I., & Relyea, M. (2004). Plausibility and belief in autobiographical memory. *Applied Cognitive Psychology: The Official Journal of the Society for Applied Research in Memory and Cognition, 18*(7), 791-807. https://doi.org/10.1002/acp.1062

Scoboria, A., Wade, K. A., Lindsay, D. S., Azad, T., Strange, D., Ost, J., & Hyman, I. (2017). A mega-analysis of memory reports from eight peer-reviewed false memory implantation studies. *Memory,* 25, 146-163. https://doi.org/10.1080/09658211.2016.1260747

Sharman, S. J., Garry, M., & Beuke, C. J. (2004). Imagination or exposure causes imagination inflation. *The American Journal of Psychology, 117*(2), 157–168. https://doi.org/10.2307/4149020

Sharman, S. J., & Scoboria, A. (2009). Imagination equally influences false memories of high and low plausibility events. *Applied Cognitive Psychology, 23,* 813-827. https://doi.org/10.1002/acp.1515

Simons, D.J., & Chabris, C.F. (2011). What people believe about how memory works: A representative survey of the U.S. population. *PLOS ONE, 6*(8), e22757. https://doi.org/10.1371/journal.pone.0022757

Spanos, N. P. (1996). *Multiple identities & false memories: A sociocognitive perspective.* American Psychological Association.

Strange, D., Sutherland, R., & Garry, M. (2006). Event plausibility does not determine children's false memories. *Memory, 14*(8), 937-951.

Van der Kolk, B., Blitz, R., Burr, W., Sherry, S. & Hartmann, E. (1984). Nightmares and trauma: a comparison of nightmares after combat with lifelong nightmares in veterans. *American Journal of Psychiatry, 141*(2), 187-90.

Wagstaff, G. F., Brunas-Wagstaff, J., Cole, J. et al., (2004). Facilitating Memory with hypnosis, focussesd meditation and eye closure. *International journal of clinical and experimental hypnosis*, 52, 434-55

Wamsley, E., Donjacour, C.E.H.M., Scammell, T.E., Lammers G.J., & Stickgold, R. (2014). Delusional confusion of dreaming and reality in narcolepsy. *Sleep, 37*(2), 419-422. http://dx.doi.org/10.5665/sleep.3428