

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

26 Federal Plaza, 37th Floor
New York, New York 10278

November 18, 2025

**BY ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Alon Alexander, Oren Alexander, and Tal Alexander,*
             S3 24 Cr. 676 (VEC)

Dear Judge Caproni:

      The Government respectfully requests leave to redact a limited portion of the Government's supplemental motion *in limine* to preclude certain testimony of Dr. Daryn Strange. The proposed redaction to the Government's supplemental motion relates to the therapeutic treatment undergone by one of the Conspiracy Victims and is narrowly tailored to protect her privacy and sensitive mental health information. *See* 18 U.S.C. § 3771(a)(8); Dkt. 193 (permitting the Government to file information relating to Conspiracy Victims in redacted form at this time).

      With the various interests at stake, the Government's proposed redactions to its motion *in limine* strikes the right balance. The identities and privacy rights of the victim will be reasonably protected; the public will have access to all but a very small portion of the letter relating to a victim's mental health treatment; and the interests of law enforcement investigations and victims in maintaining the privacy of victims of sexual assault will likewise be maintained.

                                       Respectfully submitted,

                                       JAY CLAYTON
                                       United States Attorney

                    By:   /s                         
                        Kaiya Arroyo
                        Elizabeth A. Espinosa
                        Andrew W. Jones
                        Madison Reddick Smyser
                        Assistant United States Attorneys
                        (212) 637-2226/-2216/-2249/-2381