

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: __11/19/2025__ |

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 18, 2025

**BY ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007



MEMO ENDORSED

Re:   *United States v. Alon Alexander, Oren Alexander, and Tal Alexander,*
       S3 24 Cr. 676 (VEC)

Dear Judge Caproni:

      The Government respectfully requests leave to redact a limited portion of the Government's supplemental motion *in limine* to preclude certain testimony of Dr. Daryn Strange. The proposed redaction to the Government's supplemental motion relates to the therapeutic treatment undergone by one of the Conspiracy Victims and is narrowly tailored to protect her privacy and sensitive mental health information. *See* 18 U.S.C. § 3771(a)(8); Dkt. 193 (permitting the Government to file information relating to Conspiracy Victims in redacted form at this time).

      With the various interests at stake, the Government's proposed redactions to its motion *in limine* strikes the right balance. The identities and privacy rights of the victim will be reasonably protected; the public will have access to all but a very small portion of the letter relating to a victim's mental health treatment; and the interests of law enforcement investigations and victims in maintaining the privacy of victims of sexual assault will likewise be maintained.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:   __/s_____
      Kaiya Arroyo
      Elizabeth A. Espinosa
      Andrew W. Jones
      Madison Reddick Smyser
      Assistant United States Attorneys
      (212) 637-2226/-2216/-2249/-2381

Application DENIED. The materials to be filed in redacted form or under seal are "judicial documents" to which the common law right of public access attaches. *United States v. Akhavan*, 532 F. Supp. 3d 181, 184 (S.D.N.Y. 2021) (quoting *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006)). It is not clear to the Court that the first three lines of the redacted excerpt on page 5 of the supplemental motion *in limine* (from "While" to "rape") justify sealing. The Government is directed to show cause why those three lines warrant redaction, or otherwise submit amended redactions that unseal that portion of the motion. The final three lines of the excerpt (from "by" to "messages") may remain under seal.

The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 196.

SO ORDERED.

11/19/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE