```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/19/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
UNITED STATES OF AMERICA,                                     :
                                                              :
              -against-                                       :     24-CR-676 (VEC)
                                                              :
ALON ALEXANDER, OREN ALEXANDER, and                           :     ORDER
TAL ALEXANDER,                                                :
                                                              :
                          Defendants.                         :
                                                              :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on Wednesday, November 5, 2025, the parties submitted preliminary motions *in limine*, *see* Dkts. 174 (Defendants' motions *in limine*), 188 (Government's motions *in limine*); and

WHEREAS on Tuesday, November 18, 2025, the parties' submitted sealed responses to the motions *in limine*;

WHEREAS on Tuesday, November 18, 2025, the Government submitted a supplemental motion *in limine* seeking to preclude certain expert testimony from Defendants' expert, Dr. Deryn Strange, *see* Dkt. 195; and

WHEREAS a hearing and oral argument on the motions *in limine* is scheduled for Monday, November 24, 2025, at 10:30 A.M., *see* Dkts. 182, 191;

IT IS HEREBY ORDERED that the parties appear for a hearing on **Tuesday, December 2, 2025, at 2:00 P.M.** The hearing will be held in Courtroom **20C** of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York, 10007. The hearing on Tuesday, December 2, 2025, will focus **exclusively** on the parties' motions *in limine* related to expert witnesses. Argument on all other motions *in limine* will be heard at the hearing on Monday, November 24, 2025.

IT IS FURTHER ORDERED that Defendants must submit their response to the Government's supplemental motion *in limine*, Dkt. 195, if any, by **Tuesday, November 25, 2025**.

IT IS FURTHER ORDERED that the parties file their responses to the motions *in limine* and any accompanying exhibits on the public docket by **Friday, November 21, 2025**.  The documents may be filed with redactions that are consistent with *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), the instructions provided by the Court at the November 6, 2025, status conference regarding the purpose and utility of redactions, and the Court's prior orders in this case.  *See, e.g.*, Dkts. 181, 193, 194.

**SO ORDERED.**

Date:  November 19, 2025
New York, NY

_____
VALERIE CAPRONI
United States District Judge