```
UNITED STATES DISTRICT COURT                                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                                   DOCUMENT
                                                                ELECTRONICALLY FILED
------------------------------------------------------------X   DOC #:_____
                                                            :   DATE FILED:  11/19/2025
UNITED STATES OF AMERICA,                                   :
                                                            :
                      -against-                             :   24-CR-676 (VEC)
                                                            :
ALON ALEXANDER, OREN ALEXANDER, and                         :   ORDER
TAL ALEXANDER,                                              :
                                                            :
                                          Defendants.       :
                                                            :
------------------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on Wednesday, November 5, 2025, the parties submitted preliminary motions *in limine*, *see* Dkts. 174 (Defendants' motions *in limine*), 188 (Government's motions *in limine*);

WHEREAS the Government's motions *in limine* reference a video (the "2009 Video"), "recorded in or about April 2009," that allegedly "depicts Oren sexually assaulting, with another person, a victim who appears to be severely intoxicated and incapacitated," Dkt. 188 at 25;

WHEREAS the 2009 Video was discovered "on a hard drive seized in the course of the search of Tal's apartment in Manhattan," *id.*; and

WHEREAS the Defendants' opposition to the Government's motions *in limine* references other videos, produced to Defendants on September 30, 2025, that allegedly relate to the encounter depicted in the 2009 Video, *see* Def. Opp. at 27–28 (filed under seal);

IT IS HEREBY ORDERED that, if the Government intends to introduce the 2009 Video as evidence in this case, the Government must produce the 2009 Video to the Court for *in camera* inspection by **Thursday, November 20, 2025**.

IT IS FURTHER ORDERED that, if the Government intends to introduce the 2009 Video as evidence in this case, the Government must also produce the other videos referenced in

the Defendants' opposition (at pages 27–28) to the Court for *in camera* inspection by **Thursday, November 20, 2025**.

**SO ORDERED.**

**Date: November 19, 2025**
      **New York, NY**

                                            **VALERIE CAPRONI**
                                            **United States District Judge**