

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 21, 2025

**BY ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Alon Alexander, Oren Alexander, and Tal Alexander,*
              **S3 24 Cr. 676 (VEC)**

Dear Judge Caproni:

      The Government respectfully writes on behalf of the parties to request that the Court accept the redacted filings that the parties made in opposition to motions *in limine* earlier this evening. *See* Dkts. 201, 202. The Court had directed the parties to file public oppositions today and authorized redactions that were "consistent with *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), the instructions provided by the Court at the November 6, 2025, status conference regarding the purpose and utility of redactions, and the Court's prior orders in this case." *See* Dkt. 198. Before filing, the parties conferred and agreed on the scope of redactions and believe that the joint proposals are consistent with the Court's instructions and order.

      The proposed redactions are limited to those parts of the filings that may identify victims and uncharged individuals or may otherwise negatively impact the continuing investigation. Further, the redactions mirror the information that was redacted from the initial briefs, which the Court has endorsed. *See* Dkts. 178, 193. Accordingly, the parties request that the Court accept these proposed redactions for the same reasons.

                                  Respectfully submitted,

                                    JAY CLAYTON
                                  United States Attorney

                   By:    /s                         
                       Kaiya Arroyo
                       Elizabeth A. Espinosa
                       Andrew W. Jones
                       Madison Reddick Smyser
                       Assistant United States Attorneys
                     (212) 637-2226/-2216/-2249/-2381