**WALDEN MACHT HARAN & WILLIAMS LLP**

250 Vesey Street
27th Floor
New York, NY 10281

wmhwlaw.com
T: 212-335-2030
F: 212-335-2040

November 24, 2025

<u>Via ECF</u>
Hon. Valerie Caproni
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Alon Alexander, Oren Alexander & Tal Alexander*,
       **24 Cr. 676 (VEC)**

Dear Judge Caproni:

We submit this letter, with the consent of the Government, to seek a one-week extension for all parties to submit proposed jury instructions, currently due November 24, 2025.[1] We make this request in light of the Fourth Superseding Indictment filed by the Government on November 21, 2025. This new indictment significantly adds to the allegations, including by adding Count Eleven in violation of 18 U.S.C. §2251(a), adding state law violations to Counts Four and Nine, and amending language in Counts One and Five. Thank you for your consideration.

Sincerely,

/s/ Milton L. Williams
Milton L. Williams
Deanna Paul
Alexander Kahn

*Attorneys for Tal Alexander*

/s/ Howard Srebnick
Howard Srebnick
Jackie Perczek
Jason Goldman

*Attorneys for Alon Alexander*

/s/ Marc Agnifilo
Marc Agnifilo
Teny Geragos
Zach Intrater

*Attorneys for Oren Alexander*

---

[1] The defense is prepared to submit requests to charge on the standard instructions and the sex trafficking counts by November 24, 2025.