

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED:  11/26/2025 |

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 21, 2025

**BY ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007



Re:   *United States v. Alon Alexander, Oren Alexander, and Tal Alexander,*
       **S3 24 Cr. 676 (VEC)**

Dear Judge Caproni:

      The Government respectfully writes on behalf of the parties to request that the Court accept the redacted filings that the parties made in opposition to motions *in limine* earlier this evening. *See* Dkts. 201, 202. The Court had directed the parties to file public oppositions today and authorized redactions that were "consistent with *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), the instructions provided by the Court at the November 6, 2025, status conference regarding the purpose and utility of redactions, and the Court's prior orders in this case." *See* Dkt. 198. Before filing, the parties conferred and agreed on the scope of redactions and believe that the joint proposals are consistent with the Court's instructions and order.

      The proposed redactions are limited to those parts of the filings that may identify victims and uncharged individuals or may otherwise negatively impact the continuing investigation. Further, the redactions mirror the information that was redacted from the initial briefs, which the Court has endorsed. *See* Dkts. 178, 193. Accordingly, the parties request that the Court accept these proposed redactions for the same reasons.

      Respectfully submitted,

      JAY CLAYTON
      United States Attorney

By:   /s
    Kaiya Arroyo
    Elizabeth A. Espinosa
    Andrew W. Jones
    Madison Reddick Smyser
    Assistant United States Attorneys
    (212) 637-2226/-2216/-2249/-2381

Application GRANTED.  The materials to be filed in redacted form or under seal are "judicial documents" to which the common law right of public access attaches.  *United States v. Akhavan*, 532 F. Supp. 3d 181, 184 (S.D.N.Y. 2021) (quoting *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 199-20 (2d Cir. 2006)).  The weight of that presumption is moderate, and the interests in protecting the privacy of alleged victims and witnesses and maintaining the confidentiality of ongoing investigations, as well as the sensitive nature of certain juvenile conduct, outweigh the presumption here.

The redactions proposed by Defendants to their responses to the motions *in limine* are appropriate, and the documents submitted at Dkts. 201 and 202 are the operative public versions.

The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 203.

SO ORDERED.

11/26/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE