UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/12/2025
```

-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA           :

                 :

     -against-           :       24-CR-676 (VEC)

                 :

ALON ALEXANDER, OREN ALEXANDER, and  :       <u>ORDER</u>
TAL ALEXANDER,

                 :

            Defendants.   :

                 :

-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

     WHEREAS on December 11, 2025, the Court heard oral argument on the parties'

motions *in limine*, *see* Dkts. 174, 188, 201, 202, 204, 224, 226, and other pretrial matters;

     IT IS HEREBY ORDERED that, for the reasons stated at the hearing:

- The Court RESERVES judgment on Defendant Alon Alexander's argument that

  his announced 2019 engagement constituted adequate notice that he was

  withdrawing from the alleged conspiracy, and that evidence of the announced

  engagement is relevant and admissible at trial, *see* Dkts. 226, 240.  Not later than

  **Friday**, **December 19, 2025**, Defendants are ORDERED to submit to the Court

  for *in camera* review any evidence, including transcripts of any relevant,

  contemporaneous statements made by Defendant Alon Alexander, that may

  support Defendant's withdrawal defense.

- The Government's motion regarding the use of pseudonyms for anonymous

  victims is GRANTED in part.  The Court will permit any witnesses who have not

  already been publicly identified to testify using their true first name and a

  pseudonymous surname, unless the witness's first name is uniquely identifiable,

  in which case the Court will permit the witness to testify under a full pseudonym.

Minor Victims -3, -8, and -25 may testify under a full pseudonym. Defendants are ORDERED to notify the Court not later than **Friday**, **December 19, 2025**, whether they object to Victim 7 testifying under a full pseudonym. Pending that information, the Court RESERVES judgment on the Government's motion to allow Victim 7 to testify under a full pseudonym. The Court reserves the right to amend its ruling as to the use of pseudonyms should either party demonstrate a compelling need for a witness to testify using a partial or full pseudonym. The Government is ORDERED to provide the Defendants with a list of the witnesses and their pseudonyms (including the pseudonym that will be used by Victim 7 if the Court grants the motion that she be permitted to testify under a full pseudonym) not later than **Monday, December 15, 2025**.

- The Court RESERVES judgment on Defendants' motion to exclude evidence of the 2009 Video, *see* Dkt. 199, against Defendants Alon and Tal Alexander as direct evidence of the alleged conspiracy. Defendants' request that the Court conduct an *in camera* review of the grand jury testimony on this topic is DENIED. Not later than **Friday, December 19, 2025**, the Government is ORDERED to provide the Court with a summary of the evidence it will present at trial that it contends would support a finding that the Defendants formed the conspiracy charged in Count One prior to the date the 2009 Video was created.

IT IS FURTHER ORDERED that, not later than **Tuesday, December 16, 2025**, the parties must meet and confer regarding (i) any charge they request be given to the jury venire regarding the jurors' anonymity during the trial, and (ii) any charge they request be given to the jury venire regarding some witnesses' use of a pseudonym during the trial. Requested language must be provided to the Court not later than **Wednesday, December 17, 2025**.

SO ORDERED.

Date:   December 12, 2025
        New York, NY

_____
VALERIE CAPRONI
United States District Judge