# AGNIFILO INTRATER

December 19, 2025

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 20C
New York, NY 10007

**Re: *United States v. Alon Alexander, Oren Alexander & Tal Alexander*, 24 Cr. 676 (VEC)**

Dear Judge Caproni:

We write pursuant to this Court's December 12, 2025, Order directing the defendants to notify the Court whether they object to alleged Victim 7 testifying under a full pseudonym. (Dkt. 252.) The defendants object to alleged Victim 7 testifying using a full pseudonym. To the extent that testifying under a false name causes a Sixth Amendment Confrontation violation, the government has failed to overcome the presumption that she must testify under her true name. Simply put, the government's stated reason for the need for Victim 7 to testify anonymously is at odds with Victim 7's public-facing profile over the past five years, as is outlined in detail below.

In support of its motion, the government submitted a supplemental letter at the direction of the Court and represented to the Court and parties that Victim 7 wishes to testify under a pseudonym [redacted]

> [redacted]

(Gov't Dec. 7, 2025 Ltr. at 4.) [redacted]. (Defs. Dec. 8, 2025 Ltr. at 4.) At the December 11, 2025, hearing, after the Court granted the government's request for pseudonyms, government counsel approached at sidebar to argue that Victim 7 cannot testify under her true first name because [redacted] 12/11/2025 Tr. at 44. [redacted] be." *Id.* at 45.

Based on the defense's investigation, the government's asserted need for anonymity is directly contradicted by Victim 7's extensive and voluntary public disclosures, which include not [redacted] *See* 3500-029; 3500-033.)

[redacted]

This consistent and voluntary public dissemination of [redacted]

Thank you for your consideration.

Respectfully submitted,

Marc Agnifilo
Teny Geragos
Zach Intrater

*Attorneys for Oren Alexander*

Howard Srebnick
Jackie Perczek
Jason Goldman

*Attorneys for Alon Alexander*

Milton L. Williams
Alex Kahn
Deanna Paul

*Attorneys for Tal Alexander*

cc: All counsel (via ECF)