```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2025
```

LILIAN TIMMERMANN
**LILI M. TIMMERMANN PA**
(561) 570-1063
lili@lmt-legal.com

December 18, 2025

**Via Email** to CaproniNYSDChambers@nysd.uscourts.gov
Hon. Valerie E. Caproni
Southern District of New York
United States District Judge
500 Pearl St
New York, NY 10007



Re: *United States v. Tal Alexander et al,* 24-CR-676

Dear Judge Caproni,

I represent third-party Victim 1 in the above-captioned matter. I write to seek an extension of time to object to the third-party subpoena issued by Defendant to Victim 1. This is the first extension sought.

The subpoena was served on Victim 1 on December 5, 2025, with a return date of January 5, 2026. Since then, the trial date has been moved from January 5, 2026, to January 26, 2026. During a meet and confer on December 17, 2025, Defendants' counsel has also informed Victim 1's counsel that they intend to issue an additional trial subpoena to Victim 1.

Plaintiff requests a three-week extension from December 19, 2025, to **January 9, 2025,** to prepare an omnibus objection to the subpoena served on December 5, 2025, as well as the subpoena planned to be served by December 19, 2025. The objections to the subpoenas that Defendants plan to issue by tomorrow would be due on January 2, 2026. No other briefing schedules are affected by the requested extension.

Defendants' counsel consented to a one-week extension of the December 5 subpoena. Defendants' counsel also consented toa consolidated response due January 2, 2025. However, Defendants' counsel will not consent to additional extensions for its consolidated response. The government has stated that it takes no position as to this request.

Thank you for Your Honor's time and attention to this matter.

Sincerely,

*/s/ Lili Timmermann*
Lilian Timmermann
*Attorney for Victim 1*

Application GRANTED in part.  The deadline for Victim 1 to object to Defendants' December 5, 2025, subpoena is ADJOURNED *nunc pro tunc* from Friday, December 19, 2025, to **Friday, January 2, 2026**.  The deadline for Victim 1 to object to any additional subpoenas served by Defendants on or before December 19, 2025, is **Friday, January 2, 2026**.

The Government and Defendants may file responses, if any, to all of Victim 1's then-pending subpoena objections by **Friday, January 9, 2026**.

SO ORDERED.

*[Signature: Valerie Caproni]*     12/22/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE