

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: __12/31/2025__

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 31, 2025

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007



Re:   *United States v. Alon Alexander, Oren Alexander, and Tal Alexander,*
      **S4 24 Cr. 676 (VEC)**

Dear Judge Caproni:

      The parties respectfully write regarding the Rule 412 briefing in the above-captioned case. In accordance with the requirements of Rule 412, the defense served its Rule 412 motion on victims' counsel. The parties expect that several of the attorneys representing victims may want to be heard on the motion, either in writing and/or at the hearing. In order to facilitate efficient briefing and argument, the parties respectfully request permission to share the sealed opposition and reply briefs with victims' counsel. The parties also respectfully request the Court schedule a hearing separate from the final pretrial conference to address the Rule 412 issues and set a deadline for victims' counsel to file written responses to the defendants' Rule 412 motion in advance of that hearing.

      Respectfully submitted,

      JAY CLAYTON
      United States Attorney

By:   __/s_____
     Kaiya Arroyo
     Elizabeth A. Espinosa
     Andrew Jones
     Madison Reddick Smyser
     Assistant United States Attorneys
     (212) 637-2226/-2216/-2249/-2381

Application GRANTED. The parties are directed to share all Rule 412 briefing materials and exhibits, including the sealed opposition and reply briefs, with victims' counsel. Victims are directed to submit responses, if any, to Defendants' Rule 412 motions by **Thursday, January 8, 2026.**

The Court will conduct an *in camera* hearing on Defendants' Rule 412 motions on **Monday, January 12, 2026, at 2:30 P.M.** The hearing will take place in Courtroom **20C** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. Victims and their counsel may attend and be heard at the hearing. *See* Fed. R. Evid. 412(c)(2).

SO ORDERED.

12/31/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE