```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
    UNITED STATES OF AMERICA                                :
                                                            :
                   -against-                                :    24-CR-676 (VEC)
                                                            :
    ALON ALEXANDER, OREN ALEXANDER, and                     :    SCHEDULING ORDER
    TAL ALEXANDER,                                          :
                                                            :
                             Defendants.                    :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/5/2026___

VALERIE CAPRONI, United States District Judge:

    WHEREAS on December 15, 2025, Defendants filed under seal motions to admit evidence pursuant to Federal Rule of Evidence 412 ("Rule 412");

    WHEREAS on December 17, 2025, Defendants filed under seal a supplemental motion to admit evidence pursuant to Rule 412;

    WHEREAS on December 22, 2025, the Government submitted under seal its opposition to Defendants' Rule 412 motions;

    WHEREAS on December 29, 2025, Defendants submitted under seal a reply in support of their Rule 412 motions;

    WHEREAS on December 31, 2025, the parties jointly requested (i) permission to share the sealed Rule 412 motions and briefing with counsel for victims, and (ii) that the Court schedule a hearing, separate from the final pretrial conference, to address the Rule 412 motions, *see* Dkt. 278;

    WHEREAS on December 31, 2025, the Court ordered that the parties to share all Rule 412 briefing material and exhibits with victims' counsel and directed victims to submit responses to Defendants' Rule 412 motions by Thursday, January 8, 2026, *see* Dkt. 281;

WHEREAS on December 31, 2025, the Court ordered that the parties, victims, and their counsel appear for an *in camera* hearing on Defendants' Rule 412 motions on Monday, January 12, 2026, at 2:30 P.M., pursuant to Fed. R. Evid. 412(c)(2); and

WHEREAS the Court believes that a hearing on the Rule 412 motions prior to the *in camera* hearing would benefit the Court by narrowing the issues in dispute as to the admissibility of Defendants' proposed Rule 412 evidence;

IT IS HEREBY ORDERED that the parties must appear for a hearing on **Monday, January 12, 2026, at 11:00 A.M.**  The 11:00 A.M. hearing will be public.  The parties should be prepared to discuss the general admissibility of Defendants' proposed Rule 412 evidence.  The *in camera* portion of the hearing shall remain as scheduled and will follow at 2:30 P.M.  Victims and their counsel who wish to be heard during the *in camera* portion of the hearing are encouraged to attend the public hearing.

SO ORDERED.

Date: January 5, 2026
New York, NY

_____
VALERIE CAPRONI
United States District Judge