UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
UNITED STATES OF AMERICA        :
:
-against-            :    24-CR-676 (VEC)
:
ALON ALEXANDER, OREN ALEXANDER, and   :    ORDER
TAL ALEXANDER,                  :
:
Defendants.    :
:
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2026

VALERIE CAPRONI, United States District Judge:

    IT IS HEREBY ORDERED that Ms. Lauren Schorr Potter, Esq., of the law firm Patterson Belknap Webb & Tyler LLP, be granted access to file via CM/ECF in the above-captioned action as the representative of an interested party ("Victim 6") to this case.

    SO ORDERED.

Date: January 5, 2026
      New York, NY

_____
VALERIE CAPRONI
United States District Judge