USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/7/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---X

UNITED STATES OF AMERICA

-against-

ALON ALEXANDER, OREN ALEXANDER, and TAL ALEXANDER,

Defendants.

---X

24-CR-676 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that Messrs. Evan Torgan, Esq., and Jonathan Tabar, Esq., of the law firm Torgan Cooper & Aaron, P.C., be granted access to file via CM/ECF in the above-captioned action as the representatives of interested parties (Victims 2, 4, 5, 10, 11, 12, 13, 15, 21, and Minor Victims 3, 26) to this case.

SO ORDERED.

Date: January 7, 2026
New York, NY

VALERIE CAPRONI
United States District Judge