```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
UNITED STATES OF AMERICA                                       :
                                                               :
            -against-                                          :   24-CR-676 (VEC)
                                                               :
ALON ALEXANDER, OREN ALEXANDER, and                            :   ORDER
TAL ALEXANDER,                                                 :
                                                               :
                            Defendants.                        :
                                                               :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 7, 2026, the Court held an *ex parte* status conference at Defendants' request;

IT IS HEREBY ORDERED that Defendants' renewed request that the Court allow Defendants to name a witness's civil attorney at trial is preliminarily DENIED. Consistent with the Court's prior order, *see* Dkt. 241, and unless Defendants can establish a factual predicate that indicates the name of a witness's civil attorney is relevant, on cross examination, Defendants are permitted to ask only (i) whether the witness is represented by counsel, (ii) whether the witness has initiated a civil suit against Defendants, and (iii) whether anyone, including the witness's attorney, has informed the witness what other witnesses have told the Government, otherwise provided the witness with information to which the witness is testifying, or showed the witness any evidence.

SO ORDERED.

Date: January 7, 2026
      New York, NY

_____
VALERIE CAPRONI
United States District Judge