```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
UNITED STATES OF AMERICA                                       :
                                                               :
                -against-                                      :      24-CR-676 (VEC)
                                                               :
ALON ALEXANDER, OREN ALEXANDER, and                            :      SCHEDULING ORDER
TAL ALEXANDER,                                                 :
                                                               :
                                Defendants.                    :
                                                               :
-------------------------------------------------------------- X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:  1/8/2026 |

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that the Final Pretrial Conference in this matter scheduled for **Tuesday, January 13, 2026, at 10:00 A.M.**, and the trial commencing on **Tuesday, January 20, 2026, at 10:00 A.M.**, will take place in Courtroom **26A** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.  The hearings on Monday, January 12, 2026, at 11:00 A.M. and 2:30 P.M. will take place in Courtroom **20C**, as originally scheduled, *see* Dkts. 281, 283.

      SO ORDERED.

Date:  January 8, 2026  
       New York, NY

                                        _____  
                                              VALERIE CAPRONI  
                                              United States District Judge