

```
                                      17 State Street        ATTORNEYS AT LAW
                                        39th Floor           EVAN TORGAN
                                      New York, NY 10004     EDWARD T. COOPER
                                                             MITCHELL K. AARON
                                      Office 212·232·2500
                                      Fax 212·232·2509       JONATHAN TABAR
                                                             BRENDAN BROWN
                                      TorganCooperAaron.com
                                                             MITCHELL R. DRACH
                                                             Of Counsel
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   1/8/2026
```

January 8, 2026

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007



MEMO ENDORSED

        Re:    United States v. Alon Alexander, Oren Alexander, and Tal Alexander
               <u>S4 24 Cr. 676 (VEC)</u>

Your Honor:

      We represent Victims 2, 4, 5, 10, 11, 12, 13, 15, 21, Minor Victims 3 and 26 in this matter. We hereby submit the instant letter motion seeking permission to file "Under Seal" a letter on behalf of the aforementioned Victims in response to the pending motions by Defendants seeking admission of evidence pursuant to Federal Rule of Evidence 412 ("Rule 412"). As per the Part rules, a copy of the subject letter is being sent via email to Chambers with copy to all counsel of record. We seek to file the letter "Under Seal" due to the sensitive nature of the subject matter addressed therein and as all documents in connection with the Rule 412 motions have been filed Under Seal.

                                                       Respectfully submitted,

                                                       TORGAN COOPER & AARON, P.C.

                                                       By: _____
                                                          Evan Torgan
                                                          Jonathan Tabar

cc:     All counsel (via ECF)

Application GRANTED. Victims 2, 4, 5, 10, 11, 12, 13, 15, 21, and Minor Victims 3 and 26 may submit their response to Defendants' Rule 412 motions under seal.

SO ORDERED.

1/8/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE