```
UNITED STATES DISTRICT COURT                                USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                               DOCUMENT
                                                            ELECTRONICALLY FILED
-------------------------------------------------------- X  DOC #:_____
                                                         :  DATE FILED: 1/9/2026
    UNITED STATES OF AMERICA                             :
                                                         :
                    -against-                            :  24-CR-676 (VEC)
                                                         :
    ALON ALEXANDER, OREN ALEXANDER, and                  :  ORDER
    TAL ALEXANDER,                                       :
                                                         :
                            Defendants.                  :
                                                         :
-------------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

    IT IS HEREBY ORDERED that, at the hearings on Monday, January 12, 2026, in addition to Defendants' Rule 412 motions, the parties be prepared to discuss the Government's requests that Victim 6, Victim 7, and Victim 20 be permitted to testify under full pseudonyms during trial.

    SO ORDERED.

Date: January 9, 2026  
      New York, NY

                                                        VALERIE CAPRONI  
                                                        United States District Judge