UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
UNITED STATES OF AMERICA,

  -v-

ALON ALEXANDER, OREN ALEXANDER,
and TAL ALEXANDER,

           Defendants.

------------------------------------------------------- X

Case No. 24-CR-676-VEC

**NOTICE OF PARTIAL MOTION**

PLEASE TAKE NOTICE that interested party "Victim-6," by and through her undersigned counsel, moves for an Order quashing the subpoena served by Defendant Tal Alexander on Victim-6 pursuant to Federal Rule of Criminal Procedure 17(c). A memorandum of law is being filed concurrently with this Partial Motion and is incorporated herein. The grounds for the relief requested are set forth in detail in the memorandum of law.

WHEREFORE, Victim-6 respectfully requests that the Court grant this Partial Motion, as well as such other and further relief as may be just and proper.

Dated: January 12, 2026
      New York, New York

By:   /s/ Lauren Schorr Potter
Lauren Schorr Potter
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2117
lspotter@pbwt.com

Jessica-Wind Abolafia
SANCTUARY FOR FAMILIES
30 Wall Street
New York, NY 10005

Telephone: 212-349-6009
jabolafia@sffny.org

*Attorneys for "Victim-6"*