```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/13/2026__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ALON ALEXANDER, et al.,

Defendants.

CASE No. 24-Cr-676 (VEC)

**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE**

Applicant Jacqueline Perczek has declared that she is a member in good standing of the Bars of the states of Florida and Massachusetts, and that her contact information is as follows:

**JACQUELINE PERCZEK**
**BLACK SREBNICK**
201 South Biscayne Boulevard, Suite 1300
Miami, Florida 33131
Office: (305) 371-6421 Cell: (305)710-9242
JPerczek@RoyBlack.com

Applicant having requested to appear *pro hac vice* for all purposes as counsel for Alon Alexander in this action,

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing attorney disciplines.

Dated: January__13__, 2026

_____
Honorable Valerie E. Caproni
United States District Judge