```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/13/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
UNITED STATES OF AMERICA                                       :
                                                               :
            -against-                                          :   24-CR-676 (VEC)
                                                               :
ALON ALEXANDER, OREN ALEXANDER, and                            :   ORDER
TAL ALEXANDER,                                                 :
                                                               :
                        Defendants.                            :
                                                               :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on Tuesday, January 13, 2026, the Court held a final pretrial conference and discussed the parties' outstanding motions and other pretrial matters;

IT IS HEREBY ORDERED that, for the reasons stated at the conference:

- Defendants' motion to sever Count Eleven of the S4 Superseding Indictment (Count Twelve of the S5 Superseding Indictment), *see* Dkt. 206, is DENIED.

- The Government's request that the Court allow Victim 6 to testify using a full pseudonym at trial, *see* Dkt. 273, is GRANTED.

- The Government's requests that the Court allow Victim 7 and Victim 20 to testify using full pseudonyms at trial, *see* Dkt. 279, are GRANTED.

The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 206.

SO ORDERED.

Date:  January 13, 2026
       New York, NY

                                            _____
                                            VALERIE CAPRONI
                                            United States District Judge