# AGNIFILO INTRATER

January 13, 2026

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 20C
New York, NY 10007

      Re:    *United States v. Alon Alexander, Oren Alexander & Tal Alexander*, **24 Cr. 676 (VEC)**

Dear Judge Caproni:

      Enclosed please find a proposed order permitting the defendants to receive non-prison clothing at the MDC for their trial scheduled to begin on January 20, 2026.

      Respectfully submitted,

_____
Marc Agnifilo
Zach Intrater
Teny Geragos

*Attorneys for Oren Alexander*

Howard Srebnick
Jackie Perczek

*Attorneys for Alon Alexander*

Milton L. Williams
Alexander V. Kahn
Deanna Paul

*Attorneys for Tal Alexander*

cc:    All counsel (by ECF)