```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/16/2026___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
: 
UNITED STATES OF AMERICA  :
:
          -against-  :      24-CR-676 (VEC)
:
ALON ALEXANDER, OREN ALEXANDER, and  :      ORDER
TAL ALEXANDER,  :
:
          Defendants.  :
:
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendants moved, under seal, pursuant to Federal Rule of Evidence 412 ("Rule 412") to admit various pieces of evidence and testimony regarding the victims ("412 Motions"); and

WHEREAS on Monday, January 12, 2026, and Tuesday, January 13, 2026, the Court heard oral argument under seal on Defendants' 412 Motions;

IT IS HEREBY ORDERED that, for the reasons stated at the hearings and herein:

- Defendants' 412 Motion as to Victim 1 is DENIED in part. ███████

   ████████████████████████████████████████

   ████████████████████████████████████████

   ████████████████████████████████████████

   ████████████████████████████████████

   ██████████████████████████████

- Defendants' 412 Motion as to Victim 2 is GRANTED in part. ███████

   ████████████████████████████████████████

   ████████████████████████████████████████

   ██████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████

███████████████████████████████████████

█████████████████████████████████████

████████████████████████████████

- Defendants' 412 Motion as to Minor Victim 3 is GRANTED in part and DENIED in part. ██████████████████████

████████████████████████████████

███████████████████████████████████████

██████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

██████████████████████████████████████

- Defendants' 412 Motion as to Victim 4 is GRANTED in part and DENIED in part as moot for the reasons given during the hearings. ████████████

███████████████████████████████████████

███████████████████████████████████████

████████████████████████████████

- Defendants' 412 Motions as to Victims 5, 7, and 11 are DENIED for the reasons given during the hearings.

- Defendants' 412 Motions as to Victims 9, 12, 23, and Minor Victim 26 are DENIED as moot.

2

- Defendants' 412 Motions as to Victims 10 and 13 are GRANTED in part. ███

  ████████████████████████████████████

  ████████████████████████████████████

  ████████████████████████

- Defendants' 412 Motion as to Victim 15 is GRANTED without objection from the Government.

- Defendants' 412 Motion as to Victim 21 is GRANTED. ██████

  ████████████████████████████████████

  ████████████████████████████████████

  ████████████████████████████████████

  ████████████████████████████████████

  ████████████████████

SO ORDERED.

Date: January 16, 2026  
New York, NY

*Valerie Caproni* (signature)  
VALERIE CAPRONI  
United States District Judge