USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __1/16/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
 :
UNITED STATES OF AMERICA :
 :
       -against- : 24-CR-676 (VEC)
 :
ALON ALEXANDER, OREN ALEXANDER, and : ORDER
TAL ALEXANDER, :
 :
       Defendants. :
 :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on Friday, January 14, 2026, Defendants submitted under seal supplemental motions *in limine*;

    IT IS HEREBY ORDERED that the Government may submit a response to Defendants' supplemental motions *in limine* not later than **5:00 P.M. on Monday, January 19, 2026**.

    SO ORDERED.

Date: January 16, 2026
     New York, NY

_____
VALERIE CAPRONI
United States District Judge