```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   1/20/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

Case No. 24-CR-676 (VEC)

v.

ALON ALEXANDER, et al.,

    *Defendants*.

## ORDER

The motion for an order granting the withdrawal of Jason Goldman as counsel for defendant Alon Alexander in the above-captioned action is GRANTED.

Dated: January 20, 2026
New York, New York

*[signature]*
HON. VALERIE E. CAPRONI
United States District Judge