USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__1/21/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNITED STATES OF AMERICA          :
                                  :
     -against-                    :
                                  :         24-CR-676 (VEC)
                                  :
ALON ALEXANDER, TAL ALEXANDER and :
OREN ALEXANDER,                   :
                                  :
                      Defendants. :
---------------------------------------------------------------X

**PLEASE DO NOT READ FURTHER OR WRITE ANYTHING ON**

**THIS QUESTIONNAIRE UNTIL THE JUDGE TELLS YOU TO DO SO.**

## **General Questions**

1. Do you have any ideas, prejudices, or beliefs that might prevent or hinder you from following the instructions that I give as to the law?

2. Do you have any doubt that you will be able to apply the law as I explain it, even if you disagree with the law?

3. Do you have any religious or ethical beliefs that would prevent you from passing judgment on another person?

4. Do you have any personal knowledge of the charges in the indictment as I have described them?

5. Have you, or has any member of your family or a close friend, ever worked in law enforcement — for example, as a police officer or a federal agent; as a correctional officer in a jail or prison; in a local, state, or federal prosecutor's office, or in some other law enforcement capacity?

6. Have you, or has any member of your family or a close friend, ever studied or practiced law or worked in any capacity for a law office, public defender's office, or a private investigation firm?

7. Have you, or has any member of your family or a close friend, had any experience with a criminal defense attorney or a criminal prosecutor, either positive or negative, that might make it difficult for you to be a fair and impartial juror in this case?

8. Have you, or has any member of your family or a close friend, ever been involved with an organization that is primarily concerned with the rights of crime victims?

9. Have you, or has any member of your family or a close friend, ever been involved with an organization that is primarily concerned with the rights of persons charged or convicted of crimes?

## Knowledge of Parties, Lawyers, and Witnesses

10. The Defendants in this case are Alon Alexander, Tal Alexander and Oren Alexander. Do you, or does any member of your family or a close friend, know any of the Defendants or know anything about any of them beyond what I told you today?

11. Alon Alexander is represented by Howard Srebnick and Jackie Perczek of the law firm Black Srebnick, P.A. Tal Alexander is represented by Milton Williams, Deanna Paul and Alexander Kahn of the law firm Walden Macht Haran & Williams LLP. Oren Alexander is represented by Marc Agnifilo, Teny Geragos, and Zach Intrater of the law firm Agnifilo Intrater LLP, and Jenny Wilson of the law firm Klugh Wilson LLC. They will be assisted by paralegals Easton Stelly and Sarju Patel. Do you know, or have you ever had any dealings with any of these attorneys, paralegals, or law firms?

12. The Government is represented by Assistant United States Attorneys Kaiya Arroyo, Elizabeth Espinosa, Andrew Jones and Madison Reddick Smyser. They will be assisted primarily by FBI Agent Justine Atwood and NYPD Detective Antonio Pagan, as well as Paralegals Gabriela Salerno and Olivia Sebade. Do you know, or have you ever had any dealings with any members of the prosecution team?

13. Various other law enforcement members assisted the prosecution team. Do you know, or have you heard of any of the following members of the law enforcement team who worked on this case or who might be mentioned or testify during the trial:

| | | | | | |
|---|---|---|---|---|---|
| (1) | Rosa Andrade | (2) | Sujey Espinoza | (3) | James Rufle |
| (4) | Anthony Ansoleaga | (5) | Jeremy Gale | (6) | Garrett Serstad |
| (7) | Cindy Barrois | (8) | Paige Granger | (9) | Mark Shackel |
| (10) | Michael Buscemi | (11) | Audra Hampsch | (12) | Laura Thoms |
| (13) | Paul Byrne | (14) | Jeffrey Joyner | (15) | Yolanda Watson |
| (16) | Sophia Calidonna | (17) | Constance Lee | (18) | John Zerafa |
| (19) | Kristin Chandler | (20) | Brooke Nixon | | |
| (21) | Alexandria Davis | (22) | Madison Otalara | | |

14. Do you know, or have you heard of any of the following people who might be mentioned or testify during the trial:

| | | | | | |
|---|---|---|---|---|---|
| (1) | Said Abulafiya | (2) | Jim Ferraro | (3) | Scott Roth |
| (4) | Lindsey Acree | (5) | Jessica Pfeiffer | (6) | Adam Rothman |
| (7) | Evan Albert | (8) | Augustus Gehret | (9) | Lisa Rocchio |
| (10) | Jon Albert | (11) | Maylen Gehret | (12) | Tim Sack |
| (13) | Elie Aoun | (14) | Nick Godfrey | (15) | Ananya Sankar |
| (16) | Mikey Ashkenazy | (17) | Stacey Hail | (18) | Skyla Segel |
| (19) | Aymara Angelucci | (20) | Allyson Helms | (21) | Ainsley Brown Shakesh |
| (22) | Raphael Avigdor | (23) | Joseph Hanono | (24) | Jeremiah Silva |
| (25) | Julia Baldwin | (26) | Alexandra Kahn | (27) | Matthew Sinnreich |

4

| | | | | | |
|---|---|---|---|---|---|
| (28) | Jordan Banafsheha | (29) | Ilya "Mike" Kanevsky | (30) | Cynthia Sloane |
| (31) | Nicolas Bedoya | (32) | Ruth Kohn | (33) | Britany Smith |
| (34) | Ido Berniker | (35) | Lee Kalt | (36) | Ryan Soloman |
| (37) | Jordan Brumer | (38) | Alicia Landi | (39) | Grace Snider |
| (40) | Avishan Bodjnoud | (41) | Whitney Lane | (42) | Michael Stern |
| (43) | Valyrea Borsack | (44) | Sophia Langan | (45) | Rudy Straker |
| (46) | Hana Boulos | (47) | Mariah Leiman | (48) | Deryn Strange |
| (49) | Laura Buck | (50) | Chris Leveroni | (51) | Corinne Teschner |
| (52) | Lisa Marie Callinan | (53) | Mathew Lipman | (54) | Dylan Trussell |
| (55) | Janine Cascio | (56) | Yaddiel Marin | (57) | Ibrahim Ulukaya |
| (58) | Julian Cohen | (59) | Romi Mawardi | (60) | Taylor Vasi |
| (61) | Jacques Cohen | (62) | Tommy McManus | (63) | Dakota Watts |
| (64) | Amber Davis | (65) | Greg Mendell | (66) | David Weissman |
| (67) | James Davis | (68) | Arielle Moses | (69) | Claire West |
| (70) | Jeff Davis | (71) | Ben Newman | (72) | Ivan Wilzig |
| (73) | David Dinetz | (74) | Samantha Nicholson | (75) | Renee Willett |
| (76) | Daniel Drozdov | (77) | Katrine O'Dell | (78) | Michael Wing |
| (79) | Caroline Epstein | (80) | Steven Ostad | (81) | David Yehezkel |
| (82) | Danielle Epstein | (83) | Frank Piazza | (84) | Erik Yehezkel |
| (85) | Andrew Ferraro | (86) | David Rabello | (87) | Matt Zinger |
| (88) | James Ferraro Jr. | (89) | Lorelle Reid | | |

15. Are you familiar with any of the following businesses or locations that may be mentioned during trial:

| | |
|---|---|
| Douglas Elliman | 88 Peconic Hills, Southampton, NY |
| Official Partners | Norwegian Sky Cruise Ship |
| 26 On The Bluff, Sag Harbor, NY | 55 West 26th Street, Manhattan, NY |
| The Cosmopolitan of Las Vegas, NV | 123 Baxter Street, Manhattan, NY |
| The Little Nell, Aspen, CO | 6 Grape Arbor Lane, East Hampton, NY |
| The Bootsy Bellows, Aspen, CO | 150 Hayarkon, Tel Aviv, Israel |
| Escobar, Aspen, CO | 158 Mercer Street, Manhattan, NY |
| 432 Park Avenue, Manhattan, NY | Atlantis, Paradise Island, Bahamas |
| 2135 Lake Avenue, Miami Beach, FL | 3451 Flamingo Drive, Miami, FL |
| 3451 N. Meridian Avenue, Miami Beach, FL | 5875 Collins Avenue, Miami Beach, FL |

16. Before arriving for jury duty, did you know any of the other people who are potential jurors in this case?

17. Do you know me or any of my staff?

### **Case-Specific Questions**

17. The charges in this case involve allegations of, among other things, sex trafficking and sexual assault, including rape. Among the alleged victims are girls who were 16 and 17 years old at the time. Is there anything about the nature of these charges that might make it difficult for you to be a fair and impartial juror in this case?

18. The charges in this case involve allegations of child pornography and child exploitation where the alleged victim was 17 years old at the time. Is there anything about the

6

nature of those charges that might make it difficult for you to be a fair and impartial juror in this case?

19. During this trial you will see evidence and hear testimony that will include descriptions, videos, and other evidence of sexually explicit conduct, including conduct involving girls who were 16 and 17 years old. Is there anything about the nature of the evidence that will be introduced in this case that might make it difficult for you to be a fair and impartial juror in this case?

20. During this trial you will hear evidence concerning the use and distribution of illegal drugs. Is there anything about the nature of that evidence that might make it difficult for you to be a fair and impartial juror in this case?

21. During this trial, you will hear evidence that the Defendants and their family are wealthy. Is there anything about that evidence that might make it difficult for you to be a fair and impartial juror in this case?

22. Do you have any strong feelings about the laws governing sexual contact between adults and teenagers, in particular 16- and 17-year-olds, that might make it difficult for you to be a fair and impartial juror in this case?

23. With the permission of the Court, some of the witnesses in this trial will be testifying using pseudonyms or fake names because they will be testifying about alleged sexual assaults. Do you have any strong feelings about the fact that a witness might not want his or her true name to be known publicly that might affect your ability to be a fair and impartial juror in this case?

24. Do you have any doubt that you would be able to follow my instruction that the fact that a witness is testifying under a pseudonym does not make that witness more or less credible?

25. It is possible that you will hear from witnesses who have committed crimes and will be testifying under immunity. Immunity means that because the witness has been ordered by the Court to testify, what he says cannot be used against him. Is there anything about the fact that you may hear from such witnesses that might make it difficult for you to be a fair and impartial juror in this case?

26. It is possible that you will hear from witnesses who were involved in the crimes charged but agreed to cooperate with the Government in exchange for not being charged or in the hope of receiving a lesser sentence. Do you have any strong feelings about the use of such witnesses that might affect your ability to be a fair and impartial juror in this case?

### **Experience with, and Opinions of, the Criminal Justice System**

27. Have you, or has any member of your family or a close friend, ever appeared as witness in a criminal case, either at a trial or in the grand jury?

28. Have you, or has any member of your family or a close friend, ever been the victim of a crime, other than a crime that involves sexual assault?

29. Have you, or has any member of your family or a close friend, ever been charged with a crime or been a defendant in a criminal case, other than a crime that involves sexual assault?

30. Have you, or has any member of your family or a close friend, had any experience with law enforcement, either positive or negative, that might make it difficult for you to be a fair and impartial juror in this case?

31. Do you have any strong feelings about law enforcement or the criminal justice system generally, either positive or negative, that might make it difficult for you to be a fair and impartial juror in this case?

32. Do you have any strong feelings about how law enforcement or the criminal justice system generally handles charges of sexual assault, either positive or negative, that might make it difficult for you to be a fair and impartial juror in this case?

### **Difficulties in Understanding or Serving**

33. This case is likely to receive ongoing media attention. If you are selected for the jury, I will instruct you that you must avoid all media coverage of the case, meaning that you cannot read news articles about the case or listen to radio or television reports about it. That includes any commentary or posts about the case on social media. Do you have any doubt that you will be able to comply with that instruction until the trial is complete?

34. If you are selected for the jury, I will also instruct you that you cannot discuss the case with anyone, including your family or friends, during the trial and you cannot begin to discuss the case with your fellow jurors until it is time to deliberate. Do you have any doubt that you will be able to comply with that instruction?

35. Do you have a problem with your hearing or vision that would prevent you from giving full attention to all the evidence at this trial?

36. Do you have any difficulty understanding or reading English?

37. Do you speak, read, or understand Hebrew?

38. Do you have any medical problems, or are you taking any medications, that might interfere with your ability to serve as a juror in this case?

39. This trial is expected to last less than two months. Do you have any commitments between today and the end of February or early March that would interfere with your ability to serve as a juror in this case?

40. Do you have any personal commitments that might make it difficult for you to be in court by 9:15 a.m. every morning of your jury service?

**Questions for Individual Jurors**

41. Please state your name and county of residence. If you have lived there less than five years, where did you live before?

42. How old are you?

43. How far did you go in school?

44. Are you employed? If so, what do you do? If you are retired or currently unemployed, what did you do when you were working?

45. How long have you had your current job? If less than five years, what did you do previously?

46. Are there other people in your household? What do they do?

47. Do you have grown children? What do they do?

48. Have you ever served as a juror? If so, when did you serve? Was it a grand jury or a trial jury? If you served on a trial jury, was it a civil or criminal case? Do not tell us what the verdict was, but did you deliberate and reach a verdict?

49. Is there anything else that I have not specifically asked you that you think the parties and I should know because it may have some bearing on your ability to serve as a fair and impartial juror in this case?