```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   1/23/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ALON ALEXANDER, TAL ALEXANDER,
and OREN ALEXANDER

Defendants.

No. 24-CR-676 (VEC)

<u>AMENDED ORDER</u>

Upon the application of Marc A. Agnifilo, attorney for Defendant Oren Alexander:

IT IS HEREBY ORDERED that:

- The defendant Alon Alexander, Register Number 52665-511, will be permitted to receive non-prison clothing at the MDC to wear for his trial scheduled to begin on January 20, 2026. He is permitted to have **two** button down shirts, **two** pairs of pants, **two** suit jackets, **two** pairs of socks, and **two** pairs of shoes without laces, and **two** sweaters to wear to court.

- The defendant Tal Alexander, Register Number 50978-511, will be permitted to receive non-prison clothing at the MDC to wear for his trial scheduled to begin on January 20, 2026. He is permitted to have **two** button down shirts, **two** pairs of pants, **two** suit jackets, **two** pairs of socks, and **two** pairs of shoes without laces, and **two** sweaters to wear to court; and

- The defendant Oren Alexander, Register Number 52667-511, will be permitted to receive non-prison clothing at the MDC to wear for his trial scheduled to begin on January 20, 2026. He is permitted to have **two** button down shirts, **two** pairs of pants, **two** suit jackets, **two** pairs of socks, and **two** pairs of shoes without laces, and **two** sweaters to wear to court.

///

///

///

///

SO ORDERED.

Dated: January 23, 2026

_____
Hon. Valerie E. Caproni
United States District Judge
Southern District of New York