

250 Vesey Street
27th Floor
New York, NY 10281

wmhwlaw.com
T: 212-335-2030
F: 212-335-2040

January 26, 2026

**Via ECF**
Hon. Valerie Caproni
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Alon Alexander, Oren Alexander & Tal Alexander*, **24 Cr. 676 (VEC)**

Dear Judge Caproni:

      We submit this letter to request that the Court preclude the Government from eliciting the testimony of an outcry witness related to alleged Victim 6, which it only added to its witness list this evening. The Government's submission of a revised witness list at 9:25 p.m., less than twelve hours before opening statements, is improper and deeply prejudicial. The Government's witness list was due weeks ago, and it has long known that Victim 6 would be the first statutory victim called to testify. Nevertheless, on the eve of trial, the Government circulated a revised list without flagging any additions or changes. Included for the first time is a new witness—a woman to whom Victim 6 allegedly "outcried" immediately following the 2014 event that forms the basis of Counts Eight and Nine. This late addition is particularly concerning, given the Government's awareness that the defense has raised prior written objections and has a pending motion addressing the admissibility of alleged outcry evidence concerning Victim 6. Introducing a new outcry witness—a witness whom the Government has known about for 13 months and has not produced any 3500 material for—in this manner undermines the orderly resolution of evidentiary issues and disregards the purpose of the Court's scheduling orders.

      The prejudice to the defense is substantial. The Government seeks to add a new, substantive witness regarding Victim 6, even though Victim 6 is slated to testify as early as tomorrow. Victim 6's allegations form the basis of Counts 8 and 9, for which Tal Alexander faces a mandatory minimum of 15 years and a potential life sentence. The Government has been aware of this individual since at least December 20, 2024, and the Court set deadlines for a reason. Permitting this last-minute addition would reward delay and deprive the defense of a fair opportunity to investigate, litigate admissibility, and prepare for cross-examination. The Court should therefore preclude the Government from calling this witness in its case-in-chief.

      Sincerely,

| */s/ Milton L. Williams* | */s/ Howard Srebnick* | */s/ Marc Agnifilo* |
|---|---|---|
| Milton L. Williams | Howard Srebnick | Marc Agnifilo |
| Deanna M. Paul | Jackie Preczek | Teny Geragos |
| Alexander Kahn |  | Zach Intrater |
| *Attorneys for Tal Alexander* | *Attorneys for Alon Alexander* | *Attorneys for Oren Alexander* |