*Law Offices of*
*Miller & Miller*

26 Court Street
Suite 2511
Brooklyn, New York 11242

**Andrew R. Miller, Esq.***     Telephone (718) 522 - 0023
<u>Natalie M. Miller, Esq.</u>     Facsimile (718) 522 - 0024
Arthur H. Miller, Esq., 1998     Internet www.millerlawny.com
*Also licensed in the District of Columbia*     Email armiller@millerlawny.com
    nmiller@millerlawny.com

January 30, 2026

<u>VIA</u>   Email and ECF

Hon. Valerie E. Caproni
Southem District of New York
United States District Judge
500 Pearl St
New York, NY 10007

Re: United States v. Tal Alexander et aI, 24-CR-676

Dear Judge Caproni,

    I represent a non-party witness in the above-captioned matter concerning a subpoena that was served upon said witness by Defendant Tal Alexander.  I am writing to request leave to file said witness' motion to quash the subpoena in redacted format.

    I note in support of this application that the underlying subpoena and the motion to quash identify both a purported victim in the aforesaid action as well as my client, who herself is a potential witness, herein, and in the class of individuals who can also be characterized as victims of the subject Defendants' alleged actions.  In view of the sensitive nature of the allegations in the underlying case, redaction of the names of my client and the aforementioned victim is appropriate.

    Consistent with the Court's rules I have filed a redacted copy of the letter motion on ECF and emailed an unredacted copy to chambers.

    I thank the Court for its consideration in this matter.

Sincerely,

Andrew Miller