```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/2/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
:
UNITED STATES OF AMERICA                                            :
:
     -against-                                              :    24-CR-676 (VEC)
:
ALON ALEXANDER, OREN ALEXANDER, and                                 :    ORDER
TAL ALEXANDER,                                                      :
:
                        Defendants.                            :
:
------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that, for the reasons stated on the record on February 2, 2026, the United States must not release any document or material from the purported "Epstein Files" that mentions or references any of the above-listed Defendants, explicitly or implicitly, **before a jury verdict has been rendered in this case**.

      IT IS FURTHER ORDERED that, not later than **Thursday, February 5, 2026**, the Government must certify by a letter signed personally by the United States Attorney for the Southern District of New York that he has notified the United States Attorney General, the United States Deputy Attorney General, and the United States Attorney for the Southern District of Florida of the contents of this order.

      SO ORDERED.

Date: February 2, 2026
      New York, NY

                                                _____
                                                VALERIE CAPRONI
                                                United States District Judge