```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
              -against-                                           :   24-CR-676 (VEC)
                                                                  :
ALON ALEXANDER, OREN ALEXANDER, and                               :   UNSEALING ORDER
TAL ALEXANDER,                                                    :
                                                                  :
                            Defendants.                           :
                                                                  :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on January 12, 2026, the Court denied Defendant Alon Alexander's motion for acquittal and granted the Government's motion *in limine* to bar introduction of Defendant's personal characteristics that are not pertinent, specifically including evidence of Alon Alexander's engagement and marriage, *see* Dkt. 306;

      WHEREAS the Court ordered that, not later than January 23, 2026, the parties show cause why continued sealing of the briefing and evidentiary submissions made in support of or opposition to Defendant's acquittal motion is warranted, *see id.*; and

      WHEREAS cause warranting continued sealing has not been shown;

      IT IS HEREBY ORDERED that the Clerk of Court respectfully UNSEAL and publicly docket the following submissions:

- Defendant's letter brief setting forth his legal argument regarding whether/how Alon Alexander's marriage constitutes withdrawal from the alleged conspiracy, dated December 3, 2025 (the "Withdrawal Letter");

- The Government's letter brief in opposition to the Withdrawal Letter, dated December 8, 2025;

- Defendant's supplemental letter brief in support[1] of the Withdrawal Letter, dated December 19, 2025; and

- The Government's letter supplemental letter brief in opposition to the Withdrawal letter, dated December 31, 2025.

SO ORDERED.

Date:  February 3, 2026
       New York, NY

VALERIE CAPRONI
United States District Judge

---

[1] Defendant provided eleven video files (in MP4 and MOV formats) as exhibits to his supplemental submission. Relevant transcripts of the videos and/or screenshots thereof are included in Defendant's December 19, 2025, supplemental letter. As such, the video exhibits themselves will remain under seal.