```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
UNITED STATES OF AMERICA                                       :
                                                               :
             -against-                                         :   24-CR-676 (VEC)
                                                               :
ALON ALEXANDER, OREN ALEXANDER, and                            :   ORDER
TAL ALEXANDER,                                                 :
                                                               :
                         Defendants.                           :
                                                               :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that Ms. Gina Castellano, Esq., of the law firm Cadwalader, Wickersham & Taft LLP, be granted access to file via CM/ECF in the above-captioned action as the representative of an interested party ("Victim 9") to this case.

      SO ORDERED.

Date: February 4, 2026
     New York, NY

_____
VALERIE CAPRONI
United States District Judge