

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 5, 2026

**BY ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Alon Alexander, Oren Alexander, and Tal Alexander,*
      **S6 24 Cr. 676 (VEC)**

Dear Judge Caproni:

I respectfully write to certify to the Court that I have notified the United States Attorney General, the United States Deputy Attorney General, and the United States Attorney for the Southern District of Florida of the contents of the Court's order dated February 2, 2026.  (*See* Dkt. No. 377).

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York
26 Federal Plaza
37th Floor
New York, New York 10278