```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___2/6/2026___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
UNITED STATES OF AMERICA                                       :
                                                               :
            -against-                                          :   24-CR-676 (VEC)
                                                               :
ALON ALEXANDER, OREN ALEXANDER, and                            :        ORDER
TAL ALEXANDER,                                                 :
                                                               :
                        Defendants.                            :
                                                               :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that Defendants may submit a response, if any, to Victim 2's motion to quash, *see* Dkt. 392, not later than **Sunday, February 8, 2026**.

      SO ORDERED.

Date:  February 6, 2026
       New York, NY

_____
VALERIE CAPRONI
United States District Judge