USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA    :
:
       -against-    :    24-CR-676 (VEC)
:
ALON ALEXANDER, OREN ALEXANDER, and    :    ORDER
TAL ALEXANDER,    :
:
                    Defendants.    :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that Mmes. Kyrie P. Graziosi, Esq., and Susan Schroeder, Esq., of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, be granted access to file via CM/ECF in the above-captioned action as the representatives of an interested party ("Minor Victim 25") to this case.

      SO ORDERED.

Date: February 6, 2026
      New York, NY

_____
VALERIE CAPRONI
United States District Judge