USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___2/6/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

   UNITED STATES OF AMERICA       :

              -against-         :       24-CR-676 (VEC)

   ALON ALEXANDER, OREN ALEXANDER, and  :       ORDER
   TAL ALEXANDER,             :

              Defendants.   :

------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that Defendants may submit a response, if any, to Minor

Victim 25's motion to quash, *see* Dkt. 396, not later than **Saturday, February 7, 2026**.  If

Defendants can articulate how the Rule 17(c) subpoena issued to Minor Victim 25, *see id.*, Ex.

A, satisfies the standard set forth in *United States v. Nixon*, 418 U.S. 683, 700 (1974) (party

seeking production must demonstrate "(1) relevancy; (2) admissibility; [and] (3) specificity"),

the Court will ***sua sponte*** reconsider its previous orders quashing identical subpoenas issued

to Victim 9 and Minor Victim 26, respectively.  *See* Dkts. 386, 389.

      SO ORDERED.

_____

Date:   February 6, 2026           VALERIE CAPRONI
       New York, NY           United States District Judge