```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
UNITED STATES OF AMERICA                                       :
                                                               :
              -against-                                        :    24-CR-676 (VEC)
                                                               :
ALON ALEXANDER, OREN ALEXANDER, and                            :    ORDER
TAL ALEXANDER,                                                 :
                                                               :
                             Defendants.                       :
                                                               :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that, not later than **Thursday, February 12, 2026, at 5:00 P.M.**, Victim 2 must produce to the Court for *in camera* inspection (i) the "Detailed Timeline.docx" document that is the subject of Defendants' Rule 17(c) subpoena, *see* Dkt. 392-1, and Victim 2's subsequent motion to quash, *see* Dkt. 392, and (ii) any communications between Victim 2 and Mr. Ira Meyerowitz, Esq., that tend to support the assertion in Victim 2's motion to quash that the document was prepared with legal counsel "for the purpose of seeking . . . legal advice concerning potential civil claims arising from the events that are now the subject of this criminal prosecution." *See* Dkt. 392-2 ¶ 3.

      SO ORDERED.

Date: February 11, 2026
      New York, NY

                                              VALERIE CAPRONI
                                              United States District Judge