*LAW OFFICE OF*
## JANNUZZI & SCHWARZ

775 PARK AVENUE
SUITE 215-2
HUNTINGTON, NEW YORK 11743

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/17/2026
```

Michael J. Jannuzzi, Esq.

Tel:  (631) 385-8182
Fax: (631) 385-7664

MANHATTAN ADDRESS:
233 Broadway
SUITE 2204
NEW YORK, NEW YORK 10279

---

The Honorable Valerie E. Caproni
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan United States Court House
500 Pearl Street,
New York, New York 10007

February 17, 2026



Re: United States v. Alexander et al., Docket No. 24-CR-00676 (VEC)
Motion to Quash Rule 17 (c) Subpoena Served Upon Non-Party

Dear Judge Caproni,

As previously mentioned, I represent Jessica Bayern Pfeiffer, a non-party witness subpoenaed by defense counsel, Deanna Paul. After discussing the subpoena with Ms. Paul, both the subpoena and the motion relating thereto are withdrawn.

Thanking the court for its consideration, I remain;

Very truly yours,

Law Office of Jannuzzi & Schwarz

By: _____
Michael Jannuzzi, Esq
775 Park Avenue,
Suite 2152,
Huntington, New York 11743
631-385-8182
mjannuzzi@januzlaw.com

cc: All Counsel (via ECF)

The Clerk of Court is respectfully directed to terminate the open motions at Dkts. 409, 414.

SO ORDERED.

*[Signature: Valerie Caproni]*   2/17/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE