```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/22/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
UNITED STATES OF AMERICA                              :
:
        -against-                           :        24-CR-676 (VEC)
:
ALON ALEXANDER, OREN ALEXANDER, and     :        SCHEDULING ORDER
TAL ALEXANDER,                                             :
:
                                      Defendants.          :
:
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that, due to inclement weather, the status conference scheduled for Monday, February 23, 2026, at 10:00 A.M. is ADJOURNED to **Tuesday, February 24, 2026, at 9:00 A.M.**  The conference will take place in Courtroom **26A** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Date:  February 22, 2026
          New York, NY

                                                            _____
                                                            VALERIE CAPRONI
                                                            United States District Judge