# AGNIFILO INTRATER

February 27, 2026

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: *United States v. Alon Alexander, Oren Alexander & Tal Alexander*,
     24 Cr. 646 (VEC)

Dear Judge Caproni:

  We write to provide this Court with information as to the abili notice that the defense served pursuant to the Court's January 16, 2026, Order. (ECF 335.) Consistent with the Court's Order, the defense served alibi notice on January 22, 2026 and supplemental alibi notice on February 19, 2026, concerning Counts Six and Seven. The defendants were, and continue to be prepared, to present evidence that on June 26-June 27, 2009, all three defendants were in New York City in the vicinity of 55 West 26th Street and 150 Varick Street. The defendants provided discovery related to this alibi notice, as well as witnesses the defense was prepared to call regarding this alibi.

               Respectfully,

               _____
               Marc Agnifilo
               Zach Intrater
               Teny Geragos

               *Attorneys for Oren Alexander*

               Howard Srebnick
               Jackie Perczek

               *Attorneys for Alon Alexander*

               Milton L. Williams
               Alexander V. Kahn
               Deanna Paul

               *Attorneys for Tal Alexander*