**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

**UNITED STATES OF AMERICA,**

    **V.**
                                                    **1:24-cr-00676-VEC**

**ALON ALEXANDER, OREN ALEXANDER**
**AND TAL ALEXANDER,**

                                **Defendants.**

-------------------------------------------------------------X

**NOTE FROM JURY**

**PLEASE PRINT**

**Message:**

_Some jurors are wondering if for today only we can be released at 5:00 pm._

**Print Name:** ████████████████████

**Sign Name:** ███████████████

**Date:** _March 6, 2026_

**Time:** _2:37 pm_

---

**THIS SECTION BELOW IS FOR COURT USE ONLY**

**COURT EXHIBIT#** _1_

**RECEIVED ON:** _3/6_ , **2026**

**TIME RECEIVED:** _2:45_ [ ] A.M. [ ] P.M.