USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/12/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
   UNITED STATES OF AMERICA                      :
                                                 :
                  -against-                      :        24-CR-676 (VEC)
                                                 :
   ALON ALEXANDER, OREN ALEXANDER, and           :        SCHEDULING ORDER
   TAL ALEXANDER,                                :
                                                 :
                              Defendants.        :
                                                 :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that the sentencing in this action scheduled for Thursday, August 6, 2026, is ADJOURNED to **Tuesday, October 6, 2026, at 10:00 A.M.**  The sentencing will take place in Courtroom **26A** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  **Absent extraordinary cause, this date will not be extended further.**  Pre-sentencing submissions must be filed not later than **Tuesday, September 22, 2026**.

IT IS FURTHER ORDERED that not later than **Friday, August 7, 2026**, the Government must inform the Court and Defendants how many victims, if any, it anticipates will speak at the sentencing hearing.

IT IS FURTHER ORDERED that not later than **Thursday, September 17, 2026**, the parties must notify the Court whether any party requests a *Fatico* hearing.


        SO ORDERED.

                                           _____
Date:   May 12, 2026                              VALERIE CAPRONI
        New York, NY                         United States District Judge