UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No.: 24-CR-676 (VEC) |
| TAL ALEXANDER, | **NOTICE OF CHANGE OF FIRM NAME** |
| Defendant. | |

To:    The Clerk of the Court and all parties of record:

**PLEASE TAKE NOTICE** that Walden Macht Haran & Williams LLP has changed its name to Walden Haran Williams LLP.  The firm and its lawyers' addresses, phone numbers and fax numbers have not been affected by this change.  Please take notice that updated email addresses will include the new domain "whwllp.com," replacing "wmhwlaw.com," although all emails to addresses at the old domain will be forwarded to the corresponding new address.

Dated:   New York, NY
         July 1, 2026

Respectfully submitted,

**WALDEN HARAN WILLIAMS LLP**

By:    /s/      Milton L. Williams
       Milton Williams
       Deanna M. Paul
       Alexander Kahn
       250 Vesey Street, 27th Floor
       New York, NY 10281
       Tel: (212) 335-2030
       mwilliams@whwllp.com
       dpaul@whwllp.com
       akahn@whwllp.com

       *Attorneys for Defendant Tal Alexander*