USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

ALON ALEXANDER, OREN ALEXANDER, and TAL ALEXANDER,

Defendants.

-----------------------------------------------------------------X

24-CR-676 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on Sunday, August 23, 2026, the Court received a letter from Defendants requesting that the Court "[o]rder the [G]overnment to disclose . . . the individuals who intend to speak or are considering speaking at sentencing," *see* Dkt. 501;

IT IS HEREBY ORDERED that the Government submit a response to Defendants' letter at Dkt. 501 not later than **5:00 P.M. on Monday, August 31, 2026.**

SO ORDERED.

Date: August 24, 2026
New York, NY

VALERIE CAPRONI
United States District Judge