USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ALON ALEXANDER, OREN ALEXANDER, and TAL ALEXANDER,

Defendants.

24-CR-676 (VEC)

SCHEDULING ORDER

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that the sentencing in this action scheduled for Tuesday, October 6, 2026, is ADJOURNED to **Tuesday, October 27, 2026, at 10:00 A.M. The Court will not entertain any requests to adjourn sentencing further.** Pre-sentencing submissions must be filed not later than **Friday, October 9, 2026**.

IT IS FURTHER ORDERED that the parties must meet and confer regarding the nine issues raised by the Defendants in their September 18, 2026, letter, *see* Dkt. 510, in an effort to narrow or eliminate the disputed issues.

IT IS FURTHER ORDERED that the parties must submit a joint letter by **5:00 P.M. on Monday, September 28, 2026**, identifying the issues that remain in dispute, if any.

IT IS FURTHER ORDERED that if any issues remain in dispute, the parties must appear for a *Fatico* hearing on **Tuesday, October 6, 2026, at 10:00 A.M.** Any pre-hearing submissions must not exceed nine (9) pages and must be filed not later than **Thursday, October 1, 2026**. The sentencing and *Fatico* hearing will take place in Courtroom **26A** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

IT IS FURTHER ORDERED that, in light of the rescheduled sentencing date, not later than **Thursday, October 8, 2026**, the Government must notify the Court and Defendants of the

number of victims whom it anticipates will speak at sentencing, including the identities of those victims who were not previously noticed by the Government, did not testify at trial, and were not the subject of pre-trial motions. Not later than **Tuesday, October 13, 2026**, Defendant may object the Government's disclosures. Not later than **Friday, October 16, 2026**, the Government may respond to Defendants' objections, if necessary.

SO ORDERED.

Date: September 21, 2026
New York, NY

VALERIE CAPRONI
United States District Judge