**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 26, 2026

**BY EMAIL & ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re: *United States v. Alon Alexander, Oren Alexander, and Tal Alexander,* S6 24 Cr. 676 (VEC)**

Dear Judge Caproni:

As discussed in the Government's sentencing submission (*see* Dkt. 521 at 127), the parties are negotiating the forfeiture of certain of the defendants' electronic devices that were seized pursuant to searches of their residences on or about December 11, 2024. The universe of forfeitable devices is outlined in Exhibit A (attached). As part of this negotiation, the parties also anticipate requesting an addendum to the protective order outlining the parameters in which extractions provided to the defense may be used for purposes of defending against civil litigation or other non-criminal disputes.

Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4)(B), the Court must "include the forfeiture when orally announcing the sentence or must otherwise ensure that the defendant knows of the forfeiture at sentencing." While the parties anticipate that an agreement will be reached, the defense needs adequate time to review the proposed consent orders with their clients. Accordingly, the parties respectfully request that the Court at sentencing acknowledge that the parties expect to submit proposed consent orders to forfeit certain electronic devices, and state that the Court intends to impose forfeiture of any devices listed in Exhibit A that are agreed to by the parties as set forth in a forthcoming consent order. Moreover, the parties jointly request that the Court leave open the judgment so that the parties can provide the consent orders outlining the specific devices to be forfeited. *See* Fed. R. Crim. P. 32.2(b)(4)(B) ("The court must also include the forfeiture order, directly or by reference, in the judgment, . . .").

The parties thank the Court for its consideration.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: ___/s________________________
Kaiya Arroyo
Elizabeth A. Espinosa
Andrew W. Jones
Assistant United States Attorneys
(212) 637-2226/-2216/-2249

# EXHIBIT A

## Specific Property

1. The following property seized from 3451 N. Meridian Avenue, Miami Beach, FL 33140, on or about December 11, 2024:

    a) 1B04:[1] One iPhone in a black case

    b) 1B05: One Apple Macbook Laptop Model A1706

    c) 1B07: Three SD Cards

        i. One Olympus xD-Picture Card (1GB)

        ii. One SanDisk Ultra MicroSDXC (64GB) and adapter

        iii. One Kingston MicroSDHC (4GB) and adapter

    d) 1B08: One Panasonic MicroSDHC (16GB) and SanDisk Card Reader

    e) 1B12: One Apple USB Dongle Model A1632 with SanDisk MobileMate USB 3.0 Reader and ADATA (64GB)

2. The following property seized from 2135 Lake Avenue, Miami Beach, FL 33140, on or about December 11, 2024:

    a) 1B13: One Gold iPhone

    b) 1B14: One Macbook Air Model A2337

    c) 1B15: One Apple Mac desktop with cord

    d) 1B16: One Motorola cellphone 50 / MP Quad Pixel

    e) 1B28: Black & Blue USB thumb drive (4GB)

3. The following property seized from 432 Park Avenue, Apt 59C, New York, NY 10022, on or about December 11, 2024:

    a) 1B30: One Black WD hard drive

    b) 1B34: One Seagate hard drive

    c) 1B35: One Blue WD hard drive

---

[1] Each item is identified by the FBI tracking number assigned to the item upon seizure.

d) 1B36: Two Sony DV mini cassette tapes

4. 1B40: One iPhone 15 Pro Max with case seized from 248 Bal Bay Drive, Bal Harbor, FL 33154, on or about December 11, 2024

5. 1B47: One black cellphone seized from the Defendant's cellblock in the Metropolitan Detention Center in Brooklyn, NY 11232, on or about March 18, 2025

6. 1B48: One black miniature cellphone seized from Alon and Tal Alexander's cellblock in the Metropolitan Detention Center in Brooklyn, NY 11232, on or about March 18, 2025