**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

**United States District Court**

Southern District of New York

Caption:
United States v.
Alon Alexander

Docket No.: 1:24-cr-00676-VEC
Hon. Valerie E. Caproni
(District Court Judge)

Notice is hereby given that Alon Alexander appeals to the United States Court of Appeals for the Second Circuit from the judgment [✓], other [ ] ____________
(specify)
entered in this action on November 2, 2026.
(date)

This appeal concerns: Conviction only [ ] Sentence only [ ] Conviction & Sentence [✓] Other [ ]

Defendant found guilty by plea [ ] trial [✓] N/A [ ]

Offense occurred after November 1, 1987? Yes ✓ No [ ] N/A [ ]

Date of sentence: October 27, 2026 N/A

Bail/Jail Disposition: Committed [✓] Not committed [ ] N/A [ ]

RECEIVED
CLERKS OFFICE
S.D.N.Y

Appellant is represented by counsel? Yes[✓] No [ ] If yes, provide the following information:

Defendant's Counsel: Howard Srebnick

Counsel's Address: Black Srebnick, P.A.
201 South Biscayne Boulevard, Suite 1300, Miami, FL 33131

Counsel's Phone: 305-371-6421

Assistant U.S. Attorney: Andrew Jones

AUSA's Address: 26 Federal Plaza, 37th Floor
New York, NY 10278

AUSA's Phone: 212-637-2249

Signature

Appeal Fee Rec# 53041 $605.00 S.R. 11/09/2026

# U.S. District Court

## New York Southern - Manhattan

Receipt Date: Nov 9, 2026 1:17PM

ELENI FRASIOLA

Rcpt. No: 53041 Trans. Date: Nov 9, 2026 1:17PM Cashier ID: #SR (6955)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $605.00 |

| | |
|---|---|
| Total Due Prior to Payment: | $605.00 |
| Total Tendered: | $605.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments**: 24CR00676 VEC

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.