**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

**United States District Court**

Southern District of New York

Caption:
United States v.

Tal Alexander

Docket No.: 1:24-cr-00676-VEC

Hon. Valerie E. Caproni
(District Court Judge)

Notice is hereby given that Tal Alexander appeals to the United States Court of Appeals for the Second Circuit from the judgment [✓], other [ ] ______________ (specify)

entered in this action on November 2, 2026 (date)

This appeal concerns: Conviction only [ ] Sentence only [ ] Conviction & Sentence [✓] Other [ ]

Defendant found guilty by plea [ ] trial [✓] N/A [ ]

Offense occurred after November 1, 1987? Yes [✓] No [ ] N/A [ ]

Date of sentence: October 27, 2026 N/A

Bail/Jail Disposition: Committed [✓] Not committed [ ] N/A [ ]

RECEIVED
[illegible]
CLERKS OFFICE
S.D.N.Y

Appellant is represented by counsel? Yes [✓] No [ ] If yes, provide the following information:

Defendant's Counsel: Deanna Paul

Counsel's Address: Geragos & Geragos APC
256 5th Avenue, 3rd Floor, New York, NY 10001

Counsel's Phone: 213-625-3900

Assistant U.S. Attorney: Andrew Jones

AUSA's Address: 26 Federal Plaza, 37th Floor
New York, NY 10278

AUSA's Phone: 212-637-2249

Signature

Appeal Fee $605.00 11/09/2026 S.K. Rec. # 53040

# U.S. District Court

## New York Southern - Manhattan

Receipt Date: Nov 9, 2026 1:15PM

ELENI FRASIOLA

Rcpt. No: 53040 Trans. Date: Nov 9, 2026 1:15PM Cashier ID: #SR (6955)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $605.00 |

| | |
|---|---|
| Total Due Prior to Payment: | $605.00 |
| Total Tendered: | $605.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments**: 24CR00676 VEC

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.